**JOINDER IN REMOVAL PETITION BY DEFENDANTS BAD BOY ENTERTAINMENT, INC. AND WARNER MUSIC GROUP CORP.**

In the matter of *Richard Sostre v. Anthony Ryan Leslie, et al.*, C.A. No. 07-0293 originally filed in Superior Court of the State of Rhode Island, Defendants Bad Boy Entertainment, Inc. and Warner Music Group Corp. join in and consent to the removal of such action to the United States District Court for the District of Rhode Island.

JONATHAN D. DAVIS, P.C.

By: ____________________
Jonathan D. Davis
99 Park Avenue
Suite 1600
New York, New York 10016
Tel. (212) 687-5464

*Attorneys for Defendants Bad Boy Entertainment, Inc. and Warner Music Group Corp.*

Dated: 8/3/07