**JOINDER IN REMOVAL PETITION BY DEFENDANTS ANTHONY RYAN LESLIE, NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP and NEXTSELECTION MUSIC PUBLISHING, INC.**

In the matter of *Richard Sostre v. Anthony Ryan Leslie, et al.*, C.A. No. 07-0293 originally filed in Superior Court of the State of Rhode Island, Defendants Anthony Ryan Leslie, NextSelection, Inc. d/b/a NextSelection Lifestyle Group and NextSelection Music Publishing, Inc. join in and consent to the removal of such action to the United States District Court for the District of Rhode Island.

[signature] 8/2/07
Anthony Ryan Leslie — Date

[signature] 8/2/07
Anthony Ryan Leslie, on behalf of NextSelection, Inc. d/b/a NextSelection Lifestyle Group — Date

[signature] 8/2/07
Anthony Ryan Leslie, on behalf of NextSelection Music Publishing, Inc. — Date

80400208.1