# JOINDER IN REMOVAL PETITION BY DEFENDANT ED WOODS

In the matter of *Richard Sostre v. Anthony Ryan Leslie, et al.*, C.A. No. 07-0293 originally filed in Superior Court of the State of Rhode Island, Defendant Ed Woods joins in and consents to the removal of such action to the United States District Court for the District of Rhode Island.

Ed Woods

8/2/07

Date