UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Richard Sostre,

Plaintiff,

-against-

ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,

Defendants.

CA 07 289ML

07 CV __________

RULE 7.1 STATEMENT OF THE MOTTOLA COMPANY, INC. AND CHAMPION ENTERTAINMENT GROUP, INC.

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel certifies that there are no parent corporations or any publicly held corporations that own 10% or more of the stock of Defendants The Mottola Company, Inc. and Champion Entertainment Group, Inc.

Dated: Providence, Rhode Island
August 3, 2007

CHISHOLM CHISHOLM & KILPATRICK LLP

By: ____________________
Scott Kilpatrick #4036
One Turks Head Place
Suite 1313
Providence, RI 02903
Tel. (401) 331-6300
Fac.(4010 331-6300
Jskilpatrick@cck-law.com

Of counsel:

MANATT, PHELPS & PHILLIPS
L. Peter Parcher
Kimo S. Peluso
7 Times Square
New York, NY 10036
Tel. (212)790-4500

*Attorneys for Defendants Thomas Mottola, The Mottola Company, Inc., and Champion Entertainment Group, Inc.*

80400320.1