UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Richard Sostre,

Plaintiff,

-against-

ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,

Defendants.

CA 07 289 ML

07 CV ___________

NOTICE OF DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1 BY DEFENDANTS UNIVERSAL MUSIC GROUP AND CASABLANCA RECORDS

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants Universal Music Group and Casablanca Records hereby make the disclosure required by Fed. R. Civ. P. 7.1:

1. Defendant Universal Music Group, Inc., is a corporation incorporated under the laws of the State of Delaware with its principal place of business in the State of New York.

2. Universal Music Group, Inc. believes and therefore avers that Plaintiff sued the incorrect entity. Universal Music Group, Inc. does not operate a record company; rather, it is a stock holding company. UMG Recordings, Inc is the record company and operating entity, which houses all of Universal's record label divisions in the United States. UMG Recordings, Inc. is corporation, incorporated under the laws of the state of Delaware, and its principal place of business

is in Santa Monica, California. Universal Music Group, Inc. holds 100% of the stock of UMG Recordings, Inc.

3. Defendant Casablanca Records was a limited liability company, organized under the laws of the State of New York with its principal place of business in the State of New York. Its members were the Mottola Group and UMG Recordings, Inc. The term of the agreement between the Mottola Group and UMG Recordings, Inc., which formed Casablanca Records, has expired.

Dated: August 3, 2007

EDWARDS ANGELL PALMER & DODGE LLP

Martha Holt
2800 Financial Plaza
Providence, RI 02903
Tel. (401) 274-9200

and

Elaine Johnson James
One North Clematis Street
Suite 400
West Palm Beach, Florida 33401
Tel. (561) 833-7700

*Attorneys for Defendants Universal Music Group, Inc. and Casablanca Records*

By: ______________________ (ACB)
Martha Holt

Dated: August 3, 2007



PMB_334825.doc