UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Richard Sostre,<br><br>Plaintiff<br><br>vs.<br><br>ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,<br><br>Defendants | : | CA #07-289ML<br><br>**CERTIFICATE OF RECORD** |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Attached please find certified copy of the State of Rhode Island Newport County Superior Court record entitled: *Richard Sostre v. Anthony Leslie, et al,* Civil Action #2007-0293.

J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile
Jskilpatrick@cck-law.com

**Certificate of Service**

I hereby certify that I mailed and electronically sent a copy of the within on the 8th day of August, 2007 to Louise Herman, Esq, 129 Dyer Street, Providence, RI 02903, Jonathan Davis, Esq., Jonathan D. Davis, P.C., 99 Park Avenue, Suite 1600, New York, NY 10016, Elaine Johnson James, Esq., One North Clematis Street, Suite 400, West Palm Beach, Florida 33401 and Kimo S. Peluso, Esq., Manatt, Phelps & Phillips LLP, 7 Times Square, New York, NY 10036.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: NC-2007-0293 RICHARD SOSTRE V ANTHONY LESLIE

Filing Date: 06-11-2007
Case Status: UNASSIGNED

Case Type: CONTRACT DAMAGES
Status Date: 06-11-2007

Plaintiff: RICHARD SOSTRE
ID: @10910584

Defendant: ANTHONY LESLIE
ID: @10910585
Attorney: LOUISE HERMAN

Defendant: BAD BOY ENTERTAINMENT INC
ID: @10910588

Defendant: WARNER MUSIC GROUP CORPORATION
ID: @10910589

Defendant: UNIVERSAL MUSIC GROUP INC
ID: @10910590

Defendant: CASABLANCA RECORDS
ID: @10910592

Defendant: THE MOTTOLA COMPANY INC
ID: @10910594

Defendant: CHAMPION ENTERTAINMENT GROUP INC
ID: @10910595

Defendant: NEXTSELECTION INC
ID: @10910596

Defendant: NEXT SELECTION LIFESTYLE GROUP
ID: @10910598

Defendant: NEXTSELECTION MUSIC PUBLISHING INC
ID: @10910599

Defendant: ED WOODS
ID: @10910600

Defendant: GWEN NILES
ID: @10910601

Defendant: THOMAS MOTTOLA
ID: @10910603

Defendant: SEAN COMBS
ID: @10910604

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

True Copy Attest
Jane M. Oakley
Office of Clerk of Superior Court
County of Newport
Newport, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: NC-2007-0293 RICHARD SOSTRE V ANTHONY LESLIE

Docket Entry Information

| Date | Description | Text |
| --- | --- | --- |
| 06-11-2007 | COMPLAINT FILED | |
| 06-11-2007 | INITIAL FILING FEE | |
| 06-11-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCN29457. |

True Copy Attest

Jane M. Anthony

Office of Clerk of Superior Court
County of Newport
Newport, Rhode Island