UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD SOSTRE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-289 |
| | ) | |
| ANTHONY LESLIE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION**

It is hereby agreed by and among the parties that Defendants' time to answer or otherwise respond to Plaintiff's complaint is extended up to and including September 12, 2007.

RICHARD SOSTRE,

By his Attorney,

/s/ Louise A. Herman

Louise A. Herman (#6430)
129 Dyer Street
Providence, RI 02903
Telephone (401) 277-4110
Fax (401) 421-0964

Date: 8/20/07

UNIVERSAL MUSIC GROUP, INC. and CASABLANCA RECORDS,

By its Attorneys,

/s/ Martha A. Holt

Martha A. Holt (#6873)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Telephone (401) 274-9200
Fax (401) 276-6611
mholt@eapdlaw.com

Date: 8/20/07