**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RICHARD SOSTRE,
Plaintiff,

v.

ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC.D/B/A NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,

Defendants,

**C.A. No. 07-289ML**

**MOTION FOR ALTERNATIVE SERVICE**

Plaintiff seeks to move this Honorable Court pursuant to Rule 4 of the District Court Rules of Civil Procedure for an Order allowing alternative service upon the Defendant Ed Woods. Plaintiff is simultaneously filing a Memorandum of Law in support of his Motion.

Plaintiff,
By his Attorney,
Law Office of Louise A. Herman

/s/ Louise A. Herman
Louise A. Herman, #6430
129 Dyer Street
Providence, RI 02903
(401) 277-4110
(401) 421-0964 (fax)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RICHARD SOSTRE,
Plaintiff,

v.

ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC.D/B/A NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,

Defendants,

**C.A. No. 07-289ML**

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ALTERNATIVE SERVICE**

Now comes the Plaintiff, Richard Sostre, in the above-cited matter and does hereby move this Honorable Court pursuant to Rule 4 of the District Court Rules of Civil Procedure for an Order allowing alternative service upon the Defendant Ed Woods at his principal place of business, Casablanca Records/Mottola Company, Inc., 745 5th Avenue, Suite 800, New York, New York, 10151, to be achieved by delivery of a copy of the Complaint and Summons by certified and regular mail and by leaving a copy of the Complaint and Summons at the aforementioned address. As grounds therefore and in support thereof, the Plaintiff states that on information and belief, the Defendant is purposely avoiding service of process by a licensed constable. On July 6th, 2007, said constable made diligent effort to personally serve the Defendant at the above address. The process server was unable to personally serve the Defendant. He personally delivered a copy of the Summons and

Complaint to "Mark Mulvey" who represented that he is authorized to accept service at that address. (See attached Affidavit) Copies of the Summons and Complaint were also sent to the above named Defendant by Certified mail on or about July 23, 2007, and upon information and belief, have not been claimed as of the date of this Motion.

Wherefore, Plaintiff respectfully prays that this Court grant its motion and order that Defendant Ed Woods be served by alternate means by leaving or "tacking on" a copy of the summons and complaint and by delivery of certified and regular mail at Defendant's usual places of business.

Plaintiff,
By his Attorney,
Law Office of Louise A. Herman

/s/ Louise A. Herman
Louise A. Herman, #6430
129 Dyer Street
Providence, RI 02903
(401) 277-4110
(401) 421-0964 (fax)

**CERTIFICATION**

I hereby certify that this document has been filed electronically on this 22nd day of August, 2007, and is available for viewing and downloading to the ECF registered counsels of record:

VIA Electronic Service / ECF

Jonathan Davis, Esq.
jdd@jddavispc.com

Elaine Johnson James, Esq.
ejames@eapdlaw.com

Martha Holt, Esq.
mholt@eapdlaw.com

Kimo S. Peluso, Esq.
kpeluso@manatt.com

J. Scott Kilpatrick, Esq.
jskilpatrick@cck-law.com

Virgil Roberts, Esq.
vroberts@bobroblaw.com

And that a copy of this document was sent on August 22, 2007, by first class mail, postage pre-paid, to the following:

Ed Woods
c/o Casablanca Records/Mottola Company, Inc.
745 5th Avenue, Suite 800
New York, New York, 10151

/s/ Louise A. Herman, Esq.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT

**RICHARD SOSTRE,**

Plaintiff(s),

-against-

**ANTHONY RYAN LESLIE, et al.,**

Defendant(s).

CIVIL ACTION, FILE NO. 07-0293

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
S.S.:
COUNTY OF NEW YORK)

**DARRYL GREEN**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by the attorney service, DLS, INC.

That on the 6th day of July 2007, at approximately the time of 3:11 p.m., deponent served a true copy of the **SUMMONS AND COMPLAINT** upon Ed Woods, Esq. c/o Casablanca at 745 5th Avenue, Suite 800, New York, NY 10151, by personally delivering and leaving the same with Mark Mulvey, who informed deponent that he is authorized to receive service at that address.

Mark Mulvey is a white male, approximately 35 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 160 pounds with brown hair and brown eyes.

**DARRYL GREEN #0866535**

Sworn to before me this
**10th** day of **July** 2007

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. [illegible]6109718
Qualified in Rockland County
Certificate filed in New York County
Commission Expires May 17, 20 08