UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICHARD SOSTRE,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,<br><br>Defendants. | C.A. No. 07-289 |

**STIPULATION**

It is hereby agreed by and among the parties represented by the undersigned counsel that the time to answer or otherwise respond to Plaintiff's complaint for Defendants Bad Boy Entertainment, Inc., Warner Music Group Corp., Gwen Niles, and Sean Combs is extended up to and including October 1, 2007. It is further agreed that aforementioned Defendants, by this Stipulation, do not waive any defenses including those related to personal jurisdiction and venue

Dated: Providence, Rhode Island
September 5, 2007

LAW OFFICE OF LOUISE A. HERMAN

/s/ Louise A. Herman
Louise A. Herman (#6430)
129 Dyer Street
Providence, RI 02903
Telephone (401) 277-4110
Fax (401) 421-0964

*Attorneys for Plaintiff Richard Sostre*

CHISHOLM CHISHOLM & KILPATRICK LLP

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick (#4036)
One Turks Head Place
Ste. 1313
Providence, RI 02903
Telephone (401) 331-6300

JONATHAN D. DAVIS, P.C.
Of Counsel

Jonathan D. Davis
99 Park Avenue
Suite 1600
New York, New York 10016
Tel. (212) 687-5464

*Attorneys for Defendants Bad Boy Entertainment, Inc., Warner Music Group Corp., Gwen Niles and Sean Combs*