**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Richard Sostre,<br><br>Plaintiff,<br><br>-against-<br><br>ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,<br><br>Defendants. | C.A. No. 07-289 |

**STIPULATION**

It is hereby agreed by and among the parties represented by the undersigned counsel that the time to answer or otherwise respond to Plaintiff's complaint for Defendants Universal Music Group and Casablanca Records is extended up to and including September 19, 2007. It is further agreed that aforementioned Defendants, by this Stipulation, do not waive any defenses including those related to personal jurisdiction and venue.

Dated: September 11, 2007

LAW OFFICES OF LOUISE A. HERMAN

_/s/ Louise A. Herman_________________
Louise A. Herman (#6430)
129 Dyer Street
Providence, RI 02903
Tel. (401) 277-4110

*Attorneys for Plaintiff Richard Sostre*

EDWARDS ANGELL PALMER & DODGE LLP

_/s/ Martha Holt_______________________
Martha Holt (#6873)
2800 Financial Plaza
Providence, RI 02903
Tel. (401) 274-9200

and

Elaine Johnson James
One North Clematis Street
Suite 400
West Palm Beach, Florida 33401
Tel. (561) 833-7700

*Attorneys for Defendants Universal Music Group, Inc. and Casablanca Records*

Dated: September 11, 2007