UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RICHARD SOSTRE,

Plaintiff,

-against-

ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,

Defendants.

C.A. No. 07-289 ML

**MOTION TO DISMISS THE COMPLAINT**
**PURSUANT TO RULE 12(b)(2) FOR LACK OF PERSONAL JURISDICTION**

Now comes the Defendants Bad Boy Entertainment, Inc., Sean Combs, Warner Music Group Corp. and Gwen Niles (collectively, "the Moving Defendants") and hereby move this Honorable Court for an Order dismissing the Complaint dated June 8, 2007, pursuant to Rule 12(b)(2), Fed. R. Civ. P., for lack of personal jurisdiction over them. The Moving Defendants rely on the attached Declarations of Sean Combs, dated September 25, 2007, Paul M. Robinson, dated September 28,

2007, and Gwen Niles, dated September 26, 2007 and the memorandum of law in support of this motion.

Dated: September 28, 2007

I

CHISHOLM CHISHOLM &
KILPATRICK LLP

By: /s/ J. Scott Kilpatrick________
J. Scott Kilpatrick
One Turks Head Place
Ste. 1313
Providence, RI 02903
Attorneys for Defendants Bad Boy
Entertainment, Inc., Sean Combs,
Warner Music Group Corp. and Gwen Niles

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on this day, October 1, 2007.

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick, Esq.