UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICHARD SOSTRE,<br><br>Plaintiff,<br><br>-against-<br><br>ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,<br><br>Defendants. | CA# 07-289 ML |

**MOTION OF THE MOTTOLA DEFENDANTS TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION UNDER RULE 12(b)(2)**

Now comes the Defendants The Mottola Company, Inc., Champion Entertainment Group, Inc., and Thomas Mottola (collectively, "the Mottola Defendants") and hereby move this Honorable Court for an Order dismissing the Complaint dated June 8, 2007, under Rule 12(b)(2) of the Federal Rules of Civil Procedure for lack of personal jurisdiction over them. The Mottola Defendants rely on the attached Declarations of Susan Steinsapir, dated October 1, 2007 and Thomas Mottola, dated October 1, 2007 and the Memorandum of Law in support of this motion.

Dated: Providence, Rhode Island
October 1, 2007

Respectfully submitted,

CHISHOLM CHISHOLM & KILPATRICK LLP

/s/ J. Scott Kilpatrick________

J. Scott Kilpatrick
One Turks Head Place
Ste. 1313
Providence, RI 02903
Telephone (401) 331-6300

Of Counsel:

MANATT, PHELPS & PHILLIPS, LLP
L. Peter Parcher
Kimo S. Peluso
7 Times Square
New York, New York 10036
Tel. (212) 790-4500

*Attorneys for Defendants The Mottola Company, Inc., Champion Entertainment Group, Inc., and Thomas Mottola*

**Certificate of Service**

I hereby certify that I mailed a copy of the within on the 1st day of October, 2007, to Louise A. Herman, Esq., 129 Dyer Street, Providence, RI 02903.

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick

80404594.1