UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Richard Sostre,<br><br>Plaintiff,<br><br>-against-<br><br>ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,<br><br>Defendants. | CA# 07-289ML<br><br>AFFIDAVIT OF THOMAS MOTTOLA IN SUPPORT OF MOTTOLA DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION |

**AFFIDAVIT OF THOMAS MOTTOLA**

Dated: New York, New York
October 1, 2007

1. I am a defendant in this action and submit this affidavit in support of the Motion of Thomas Mottola, the Mottola Company, Inc. and Champion Entertainment Group, Inc. (the "Mottola Defendants") to Dismiss the Complaint for Lack of Personal Jurisdiction. I have personal knowledge of these matters and could testify thereto if called to do so.

2. I have been in the music business for some thirty-five years and have had a long and successful career as music executive.

3. I am the sole owner of the Mottola Company, Inc. and Champion Entertainment Group, Inc. ("my companies").

4. The Mottola Company, Inc. is my music-management company. Through The Mottola Company, Inc., I manage recording artists and others in their music careers. Its headquarters is 745 Fifth Avenue, New York, New York.

5. A music manager (or "personal manager" or "manager") advises and guides a recording artist on various aspects of his or her career in exchange for a commission on the artist's income.

6. Champion Entertainment Group, Inc. leases office spaces and equipment for me and my various companies, and for years it has not had any other activities in the music business. It does not manage recording artists. Its headquarters is 745 Fifth Avenue, New York, New York.

7. Champion Entertainment Group, Inc. has never had a contract with Anthony Ryan Leslie.

8. Sometime in 2003, I was introduced to Anthony Ryan Leslie in New York. Until this lawsuit, my dealings with Leslie have never had anything to do with Rhode Island.

9. Within months of meeting him, I signed Leslie to one of my companies as a songwriter and thereby agreed to serve as his publisher and administer of his publishing rights. This meant that my company would handle certain aspects of the copyrights in, and revenues from, the songs written by Leslie. Neither I nor any of my companies agreed to become Leslie's personal manager.

10. I also decided to help introduce Leslie to Universal Records for purposes of potentially signing with Universal as a recording artist.

11. I have never met Richard Sostre and did not know he existed until about a year ago, when I learned that Leslie and Sostre had a dispute. Before that time, I did not know that Leslie had any agreement of any kind with Sostre. Leslie is not from Rhode Island, as far as I know, and I

never had any reason to believe that he had ever conducted business there. I did not know Sostre was from Rhode Island because I did not know of Sostre at all. Neither I nor my companies have ever signed a contract with Richard Sostre, conducted any transactions with him or have had any other connection to him whatsoever except for this lawsuit.

12. I have not been to Rhode Island since long before September 1, 2000.

13. Neither I nor my companies have engaged in any financial or business activity in the State of Rhode Island.

14. Neither I nor my companies have owned any real or personal property located in the State of Rhode Island.

15. Neither I nor my companies have held any bank accounts in the State of Rhode Island.

16. Neither I nor my companies have had any offices, employees or telephone listings in the state of Rhode Island.

17. Neither I nor my companies have formed or caused to be formed any corporations under the laws of the State of Rhode Island or located in the State of Rhode Island.

18. Neither I nor my companies have paid taxes in Rhode Island.

THOMAS MOTTOLA

Sworn to before me this
~~27th day of July, 2006~~ 1st DAY of OCTOBER 2007

Notary Public

IRA S. SCHMOOKLER
Notary Public, State of New York
No. 01SC6135201
Qualified in Nassau County
Commission Expires Oct. 17, 20 09

80404331.4