UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Richard Sostre,

Plaintiff,

-against-

ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,

Defendants.

CA# 07-289ML

**AFFIDAVIT OF SUSAN STEINSAPIR IN SUPPORT OF MOTTOLA DEFENDANTS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

**AFFIDAVIT OF SUSAN STEINSAPIR**

Dated: New York, New York
October 1, 2007

1. I am a Senior Vice President at Executive Monetary Management ("EMM"), a subsidiary of Neuberger Berman Inc., a Lehman Brothers Company. I submit this affidavit in support of the motions to dismiss of Defendants Thomas Mottola ("Mr. Mottola"), Champion Entertainment Group, Inc. ("Champion") and the Mottola Company, Inc. (the "Mottola Company").

2. EMM provides business management services to Mr. Mottola and his companies, including the Mottola Company and Champion.

3. I am told that the Complaint in this case relates to a music-management agreement between the plaintiff and Anthony Ryan Leslie that was signed in September 2000. Since that time,

and years beforehand, EMM has handled Mr. Mottola's personal finances, taxes and investments and various aspects of the formation and finances of Mr. Mottola's companies.

**Thomas Mottola**

4. Since September 2000, as far as I am able to determine and recall, Mr. Mottola has not engaged in any financial or business activity in the State of Rhode Island.

5. Since September 2000, to the best of my recollection and ability to determine,

a. Mr. Mottola has not owned any real property located in the State of Rhode Island;

b. Mr. Mottola has not held any bank accounts in the State of Rhode Island;

c. Mr. Mottola has not had any offices, employees or telephone listings in the State of Rhode Island;

d. Mr. Mottola has not formed or caused to be formed any corporations under the laws of the State of Rhode Island or located in the State of Rhode Island;

e. Mr. Mottola has not had an agent designated to accept service of process in the State of Rhode Island; and

f. Mr. Mottola has not paid any taxes to the State of Rhode Island.

**The Mottola Company, Inc.**

6. Mr. Mottola is the sole owner of the Mottola Company.

7. The Mottola Company is an S-Corporation formed in 2003 and incorporated in the State of New York. The Mottola Company's principal office is currently located at 745 Fifth Avenue, New York, New York. The Mottola Company's principal office has always been located in New York, New York.

8. The Mottola Company Inc. is a music-management company. It manages recording artists in their music careers.

9. As far as I am able to determine, the Mottola Company has not engaged in any financial or business activity in the State of Rhode Island.

10. Since September 2000, to the best of my recollection and ability to determine,

a. the Mottola Company has not owned any real property located in the State of Rhode Island;

b. the Mottola Company has not held any bank accounts in the State of Rhode Island;

c. the Mottola Company has not had any offices, employees or telephone listings in the State of Rhode Island;

d. the Mottola Company has not formed or caused to be formed any corporations under the laws of the State of Rhode Island or located in the State of Rhode Island;

e. the Mottola Company has not had an agent designated to accept service of process in the State of Rhode Island;

f. the Mottola Company has never been licensed to do business in the State of Rhode Island; and

g. the Mottola Company has never paid taxes to the State of Rhode Island.

**Champion Entertainment Group, Inc.**

11. Mr. Mottola is the sole owner of Champion.

12. Champion is an S-Corporation formed in 2003 and incorporated in the State of New York. Champion's address is currently 745 Fifth Avenue, New York, New York. Since its inception, Champion's business address has been in New York, New York.

13. As of June 2003, Champion has not had any payroll or employees and its sole function has been to lease office spaces and equipment for use by Mr. Mottola and his companies. Since that time, Champion has not directly engaged in the music business.

14. As far as I am able to determine, Champion has not engaged in any financial or business activity in the State of Rhode Island.

15. Since September 2000, to the best of my recollection and ability to determine,

a. Champion has not owned any real property located in the State of Rhode Island.

b. Champion has not held any bank accounts in the State of Rhode Island.

c. Champion has not had any offices, employees or telephone listings in the State of Rhode Island.

d. Champion has not formed or caused to be formed any corporations under the laws of the State of Rhode Island or located in the State of Rhode Island.

e. Champion has not had an agent designated to accept service of process in the State of Rhode Island.

f. Champion has never been licensed to do business in the State of Rhode Island.

g. Champion has never paid taxes to the State of Rhode Island.

16. I have personal knowledge of the matters stated herein and could testify truthfully thereto under oath.

SUSAN STEINSAPIR

Sworn to before me this
1st day of October, 2007

Notary Public

LAWRENCE SCHWARTZ
Notary Public, State of New York
No. 02SC4738079
Qualified in Nassau County
Commission Expires Apr. 30, 2011

80403965.3