# EXHIBIT A

**STATE OF RHODE ISLAND**
**BRISTOL, SC.**

**SUPERIOR COURT**

**RICHARD SOSTRE,**
**Plaintiff**

**v.**

**ANTHONY RYAN LESLIE, individually and in his official capacity,**
**BAD BOY ENTERTAINMENT, INC.**
**WARNER MUSIC GROUP CORP.,**
**UNIVERSAL MUSIC GROUP, INC.,**
**CASABLANCA RECORDS,**
**THE MOTTOLA COMPANY, INC.,**
**CHAMPION ENTERTAINMENT GROUP, INC.,**
**NEXTSELECTION, INC. d/b/a**
**NEXTSELECTION LIFESTYLE GROUP,**
**NEXTSELECTION MUSIC PUBLISHING, INC.,**
**ED WOODS, individually and in his official capacity,**
**GWEN NILES, individually and in her official capacity,**
**THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,**
**Defendants**

**C.A. No.: 07- 0293**

## COMPLAINT

### I. Introductory Statement

1. This is an action brought by the Plaintiff, Richard Sostre, seeking damages against the Defendants to redress the deprivation of rights secured to the Plaintiff in breach of contract, in breach of the covenant of good faith and fair dealing and in tortious interference with Plaintiff's advantageous business relations.

### II. Parties

2. The Plaintiff, Richard Sostre, is a resident of the Town of Newport, State of Rhode Island.

3. Defendant Anthony Ryan Leslie ("Leslie") is a resident of the City of New York, County of New York, State of New York.

4. Defendant Bad Boy Entertainment, Inc. ("Bad Boy") is licensed to do business in the State of New York with its principal place of business in the City of New York, County of New York, State of New York.

5. Defendant Warner Music Group Corp. ("Warner Music") is licensed to do business in the State of New York with its principal place of business in the City of New York, County of New York, State of New York.

6. Defendant Universal Music Group, Inc. ("Universal") is licensed to do business in the State of New York with its principal place of business in the City of New York, County of New York, State of New York.

7. Defendant The Mottola Company, Inc. ("Mottola Company") is licensed to do business in the State of New York with its principal place of business in the City of New York, County of New York, State of New York.

8. Defendant Champion Entertainment Group, Inc. ("Champion") is licensed to do business in the State of New York with its principal place of business in the City of New York, County of New York, State of New York.

9. Defendant Casablanca Records is a record label that is co-owned by Defendants Universal and Mottola with its principal place of business in the City of New York, County of New York, State of New York.

10. Defendant NextSelection, Inc. d/b/a NextSelection Lifestyle Group ("NextSelection") is licensed to do business in the State of New York with its principal place of business in the Town of Seaford, County of Nassau, State of New York.

11. Defendant NextSelection Music Publishing, Inc. ("NextSelection Publishing") is licensed to do business in the State of New York with its principal place of business in the Town of Seaford, County of Nassau, State of New York.

12. On information and belief, at all times relevant herein, Defendant Leslie ("Leslie") was the Chief Executive Officer of Defendant NextSelection Publishing and NextSelection.

13. On information and belief, at all relevant times herein, Defendant Sean Combs ("Combs") was the Chief Executive Officer of Defendant Bad Boy.

14. On information and belief, at all times relevant herein, Defendant Gwen Niles ("Niles") was an agent and/or employee of Defendant Bad Boy.

15. On information and belief, at all times relevant herein, Defendant Thomas Mottola ("Mottola") was the Chief Executive Officer of Defendants Mottola Company and Champion and co-owner of Defendant Casablanca Records.

16. On information and belief, at all times relevant herein Defendant Ed Woods ("Woods") was an agent and/or employee of Defendants Casablanca Records, Mottola Company and/or Champion.

## III. Jurisdiction

17. The monetary amount claimed herein is sufficient to establish the jurisdiction of the Superior Court.

## IV. Venue

18. Venue is proper in this Court pursuant to R.I.G.L §9-4-3 insofar as the Plaintiff resides in the County of Bristol, State of Rhode Island and the contract was entered into in the State of Rhode Island.

## V. Material Facts

19. During all relevant times. Plaintiff worked as a manager in the Music Industry.

20. On or about September 1, 2000, in the State of Rhode Island. Plaintiff entered into a written Personal Management Agreement ("Agreement") with Defendant Leslie.

21. Pursuant to the terms of the Agreement, any action involving any controversy regarding the Agreement must be brought in the courts located in the State of Rhode Island and not elsewhere.

22. Pursuant to the terms of the Agreement, Plaintiff was to serve as Defendant Leslie's sole and exclusive manager, representative and advisor, throughout the world, with respect to all of Defendant Leslie's activities in the Entertainment Industry.

23. Pursuant to the terms of the Agreement, Defendant Leslie was to cause any entity which has the right to Defendant Leslie's services in the Entertainment Industry and in which Defendant Leslie has an interest ("Controlled Entities"), to enter into an agreement with Plaintiff on the same terms and conditions set forth in the Agreement, including the payment to Plaintiff of commissions based upon the gross compensation earned by any and all Controlled Entities during the entire term of the Agreement and following the expiration of the entire term.

24. During all relevant times, Plaintiff performed all of the terms and conditions of the Agreement.

25. Pursuant to the Agreement. the term of the contract consisted of an initial three (3) year term. referred to therein as the "First Contract Period."

26. The Agreement further provided that. if Defendant Leslie has not entered into a term producer agreement with a major record company within one (1) year after September 1, 2000, the Agreement shall automatically terminate on September 1, 2001.

27. On or about March 30, 2001. Defendant Leslie entered into a term producer agreement with Interscope Records, a major record company as defined in the Agreement.

28. The Agreement further provided that Plaintiff shall have the option to extend the initial term, September 1, 2000 through August 31, 2003 ("First Contract Period") for an additional three (3) years, September 1, 2003 through August 31, 2006, ("Second Contract Period") if Defendant Leslie's gross compensation during the First Contract Period is at least $50,000.00.

29. Defendant Leslie's gross compensation exceeded $50,000.00 during the "First Contract Period" and consistent with the terms of the Agreement, Plaintiff properly notified Defendant Leslie of his election to extend the term of the contract, "Second Contract Period" from September 1, 2003 through August 31, 2006.

30. The Agreement further provided that Defendant Leslie was to pay to Plaintiff a commission equal to twenty percent (20%) of Defendant Leslie's gross compensation earned during the entire term of the Agreement and that following the expiration of the entire term, Defendant Leslie is to pay Plaintiff a commission equal to ten percent (10%) of Defendant Leslie's gross compensation for an additional five (5) years.

31. The Agreement provided that, should Defendant Leslie appoint a business manager to receive and administer Defendant Leslie's gross compensation from Defendant Leslie's activities in the Entertainment Industry, then Defendant Leslie is to direct said business manager to pay Plaintiff all commissions and expenses due.

32. On information and belief, Defendant Leslie did, in fact, appoint a business manager.

33. The Agreement provided that as Defendant Leslie's sole and exclusive manager, Plaintiff had sole and exclusive authority to negotiate all offers from third parties for the use of Defendant Leslie's services and the products thereof in the Entertainment Industry.

34. The Agreement further provided that Defendant Leslie is to provide Plaintiff with notice of all offers of employment submitted to Defendant Leslie and to grant Plaintiff the right to audit and examine the books and records of third parties to the Agreement with whom Defendant Leslie has contractual or other rights to do the same.

35. In breach of the terms of the Agreement, Defendant Leslie has failed and/or refused to pay Plaintiff twenty percent (20%) of his gross compensation for the period September 1, 2000 to September 1, 2006.

36. In breach of the terms of the Agreement, Defendant Leslie has failed and/or refused to pay Plaintiff a commission equal to ten percent (10%) of his gross compensation for the period September 1, 2006 and continuing to present.

37. In breach of the terms of the Agreement, on information and belief, Defendant Leslie has caused others, including Defendants Woods, Niles, Mottola and Combs to serve as Defendant's exclusive managers.

38. In breach of the terms of the Agreement, Defendant Leslie failed and/or refused to provide Plaintiff with notice of all offers of employment submitted to Defendant Leslie;

39. In breach of the terms of the Agreement, Defendant Leslie failed and/or refused to grant Plaintiff the right to audit and examine the books and records of third parties to the Agreement with whom Defendant Leslie has/had contractual or other rights to do the same.

40. In breach of the terms of the Agreement, Defendant Leslie has failed and/or refused to direct said business manager to pay Plaintiff all commissions due.

41. In breach of the terms of the Agreement, Defendant Leslie has failed and/or refused to allow Plaintiff to negotiate all offers from third parties for the use of Defendant Leslie's services and the products thereof in the Entertainment Industry.

42. In breach of the terms of the Agreement, Defendant Leslie has failed and/or refused to cause any and all Controlled Entities, including but not limited to NextSelection and NextSelection Publishing, to enter into agreements with Plaintiff on the same terms and conditions set forth in the Agreement.

43. Plaintiff has a vested interest in Defendant Leslie's activities in the Entertainment Industry and is entitled to an accounting from Defendant Leslie and to have the financial records of Defendant Leslie audited by an accountant of Plaintiff's choice and to be paid proper commissions as reflected by the audit.

44. In accordance with the terms of the Agreement, Plaintiff properly provided Defendant Leslie with written notice of Defendant Leslie's breach of the Agreement and Defendant Leslie has failed and/or refused to take any action to cure.

**Tortious Interference with Advantageous Business Relations**

45. During all relevant times, Defendants Warner Group, Bad Boy, Universal, Casablanca, Mottola Group, Champion, NextSelection, NextSelection Publishing, Woods, Niles and Mottola, knew or should have known of the existence of the Plaintiff's contractual relationship with Defendant Leslie.

46. Despite Defendants Warner Group. Bad Boy. Universal. Casablanca. Mottola Group, Champion. NextSelection, NextSelection Publishing. Woods. Niles and Mottola's knowledge of the existence of the contractual relationship between Plaintiff and Defendant Leslie, during the term of said contractual relationship and in breach of said contractual relationship, Defendants Warner Group, Bad Boy, Universal, Casablanca, Mottola Group, Champion, Woods, Niles and Mottola entered into managerial relationships with Defendant Leslie and/or Defendant Leslie's controlling entities, including but not limited to, NextSelection and/or NextSelection Publishing.

47. Despite Defendants Warner Group, Bad Boy, Universal, Casablanca, Mottola Group, Champion, NextSelection, NextSelection Publishing, Combs, Woods, Niles and Mottola's knowledge of the existence of the contractual relationship between Plaintiff and Defendant Leslie, during the term of said contractual relationship and in breach of said contractual relationship, Defendants Warner Group, Bad Boy, Universal, Casablanca, Mottola Group, Champion, Combs, Woods, Niles and Mottola served as managers for Defendant Leslie and/or Defendant Leslie's controlling entities.

48. Despite Defendants Warner Group, Bad Boy, Universal, Casablanca, Mottola Group, Champion, NextSelection, NextSelection Publishing, Combs. Woods, Niles and Mottola's knowledge of the existence of the contractual relationship between Plaintiff and Defendant Leslie, during the term of said contractual relationship and in breach of said contractual relationship, Defendants Warner Group. Bad Boy, Universal, Casablanca, Mottola Group. Combs. Woods. Niles and Mottola undertook management functions exclusively and expressly designated to Plaintiff in the Agreement.

49. Despite their knowledge of the existence of the contractual relationship between Plaintiff and Defendant Leslie. Defendants Warner Group. Bad Boy. Universal. Casablanca. Mottola Group, Champion. NextSelection. NextSelection Publishing. Combs, Woods. Niles and Mottola intentionally and improperly interfered with the contractual relationship between Plaintiff and Defendant Leslie.

50. That Defendants' actions are in breach of the Agreement.

51. That as a result of the Defendants' intentional acts and/or omissions as described above, Plaintiff has been deprived of the benefit of the bargain of the contract entered into with Defendant Leslie.

52. That acts and/or omissions of Defendants as aforesaid are negligent, reckless, deliberate, willful, and/or in bad faith

## VI. Claims for Relief

53. Plaintiff incorporates in each of the counts below the allegations set forth in ¶¶1 through 52 above.

### Count One
### Breach of Contract

54. Defendant Leslie, breached the terms of the contract with Plaintiff Sostre, thereby causing Plaintiff Sostre to suffer lost wages, damage to Plaintiff's reputation and consequential damages.

### Count Two
### Breach of Implied Covenant of Good Faith and Fair Dealing

55. Defendants. by their acts and/or omissions, including but not limited to those set forth above, breached the implied covenant of good faith and fair dealing in carrying out their obligations under the contractual agreement entered into with the Plaintiff, thereby causing Plaintiff

to sustain lost wages. damage to Plaintiff's reputation. consequential damages. and mental and emotional pain and suffering.

## Count Three
## Tortious Interference with Advantageous Business Relations

56. The actions of Defendants, including but not limited to those described herein, constitute tortious interference with the Plaintiff's business relations, thereby causing the Plaintiff to sustain lost wages, damage to Plaintiff's reputation, consequential damages, and mental and emotional pain and suffering.

## Count Four
## Accounting

57. Despite due and proper demand, Defendant Leslie has failed and/or refused to provide Plaintiff with an accounting of all activities and all income earned in the entertainment industry from and after September 1, 2000 to present, thereby causing the Plaintiff to suffer lost wages, damage to Plaintiff's reputation, consequential damages and mental and emotional pain and suffering.

## VII. Prayers for Relief

WHEREFORE, Plaintiff prays for the following relief:

1. Judgment in favor of the Plaintiff and against the Defendants.
2. An award of compensatory damages.
3. An award of consequential damages, attorney's fees, statutory interest and costs.
4. An award of punitive damages.
5. An accounting.
6. Such other and further relief as this Court deems just and proper.

## VIII. Demand for Jury Trial

Plaintiff hereby demands a trial by jury on all counts so triable.

Plaintiff,
Richard Sostre,
By his attorney,
LAW OFFICE OF LOUISE A. HERMAN

Date: June 8, 2007

Louise A. Herman, Esquire (#6430)
129 Dyer Street
Providence, Rhode Island 02903
(401) 277-4110
(401) 421-0964 facsimile

# EXHIBIT B

**AFFIDAVIT OF RICHARD SOSTRE**

Now comes the undersigned, Richard Sostre, being duly sworn, and does hereby depose and say as follows:

1. That I reside in Rhode Island and have lived in Rhode Island since 1994.
2. That I am employed in the music management business and have worked in the music business since 1997.
3. That my music management business is located in Rhode Island and I typically manage Rhode Island/New England artists.
4. I am also involved in artist development, acquiring record deals for area artists, managing disc jockeys and tour management, all of which is centered and based in Rhode Island.
5. That on September 1, 2000, I entered into an exclusive management agreement with Ryan Leslie, an artist located in the Boston, Massachusetts area.
6. That pursuant to the terms of the agreement, I was employed as Mr. Leslie's exclusive manager for a six (6) year period, consisting of two (2) consecutive three year terms.
7. That during all relevant times, I performed all of the management duties as agreed in the terms and conditions of the Agreement.
8. That I held myself out as Mr. Leslie's manager in the music industry and arranged for business meetings on his behalf, accompanied him at music industry events and made contacts with industry executives and others in the music business on Mr. Leslie's behalf.
9. That in 2000, as Mr. Leslie's manager, I had several meetings with Jimmy Iovine, CEO of Interscope Geffen A&M Records, to arrange for a production deal for Mr. Leslie.
10. That in or about February 2001, Ed Woods reviewed the documents pertaining to the Agreement with Interscope Geffen A&M Records, and was aware that I was Mr. Leslie's exclusive manager at that time, that I resided in Rhode Island and that my management business was based in Rhode Island.

11. That in or about March, 2001, as a result of the meetings with Mr. Iovine, Interscope Geffen A&M Records and Mr. Leslie did enter into a Term Production Agreement.

12. That in 2001, as Mr. Leslie's manager, I accompanied Mr. Leslie at the Teen People Magazine music contest ("Event") at the Apollo Theatre in Harlem, NY.

13. That I met Defendant Gwen Niles at the Event.

14. That Defendant Niles advised me that she had worked for Bad Boy Entertainment.

15. That Defendant Leslie and I made clear to Defendant Niles at that Event and on other occasions, that I was Mr. Leslie's exclusive manager, that I was from Rhode Island and that my business was located in Rhode Island.

16. That nevertheless, at that Event and on other occasions, Defendant Niles sought to interfere with my management relationship with Mr. Leslie. At the Event, she gave him her business card and requesting that he contact her to pursue a management relationship with him.

17. That in 2001, as Mr. Leslie's manager, I spoke to Defendant Niles in an effort to obtain production and publishing deals for Mr. Leslie. That Defendant Niles knew that I was Mr. Leslie's exclusive manager yet she continued to make efforts to interfere with my management contract with Mr. Leslie.

18. That in 2002, as Mr. Leslie's manager, I accompanied Mr. Leslie to Los Angeles in order to attend several music business meetings. At that time, Mr. Leslie met with Defendant Woods and Defendant Niles.

19. That Defendant Woods was employed by Casablanca Records.

20. That I believe that Defendant Mottola owned Casablanca Records.

21. That I understand that as of 2003, Defendant Niles was re-employed by Bad Boy Entertainment.

Sworn to under the pains and penalties of perjury.

Richard Sostre

Sworn and subscribed to in the City/Town of Cranston, State of Rhode Island, before me this 12th day of October, 2007.

Notary Public

My commission expires: 7/18/2010

# EXHIBIT C




**Record Label**
Shiv Pandya
NextSelection Lifestyle Group
156 West 136th Street, Second Floor
New York, New York 10030
shiv@nextselection.com

**Producer Management**
Gwen Niles/Sean "Diddy" Combs
Bad Boy Entertainment
gniles@badboyworldwide.com
(212) 381-2095

**Artist Management**
Ed Woods/Tommy Mottola
Casablanca Music/Champion Entertainment
745 Fifth Avenue, Suite 800
New York, NY 10151
edwoods@casablanca-music.com
(212) 471-4042

**Business Management/Accounting**
Tony Napolitano
3665 Merrick Road
Seaford, NY 11783
napcpa@juno.com
(516) 783-9600

**Publishing**
Barbara Wesotski
Aspen Songs/NextSelection Music Publishing
barbara@casablanca-music.com
(212) 471-4045

**Booking/Talent & Literary Agency**
Jeff Frasco
Creative Artists Agency
9830 Wilshire Boulevard
Beverly Hills, CA 90212-1825
jfrasco@caa.com
(310) 288-4545

# EXHIBIT D

GrooveOn.com.au
Australian Urban Culture Online
OMARION
Advertise with us
Subscribe to news
List your event

Home >




**The Jump Off**
The Jump Off
Fri, 25 August 2006




The Jay-Z tour is happening! One of Australia's most reputable tour promoters has just confirmed with Rhyme & Reason Magazine that they are bringing Jay-Z down under. It's official! We've all seen the proposed show dates floating around the web, but the promoter is yet to announce any specifics regarding the tour [dates / support acts / etc]. Watch this space ...

Just quickly, for those of you who might not have heard ... On Point Promotions will be bringing DMX to our shores for the first time in September/October.

Moving on with more exclusive news for our readers ... Papoose has just signed to Jive Records for $[USD]1.5 million. His recent association with Busta Rhymes seems to be doing wonders for his career. Busta has certainly accomplished more for Pap in the span of a few months than Kay Slay achieved over several years.

While Jive scooped Papoose, Atlantic Records have had an eventful month with three of their artists jumping ship. Fat Joe, Lil Kim and Trina have all parted ways with Atlantic, and Rhyme & Reason hears that Joe may be headed over to Virgin Records, while various reports suggest that Lil Kim is in negotiations with Interscope. It comes as no surprise that these three are moving on from Atlantic after the woeful sales of each of their most recent albums.

His mother calls him Sean. "They" call him Diddy. However, I can think of a few other things to call him after hearing this piece of news. I don't care how rich you are, if you leave a +$14 million diamond necklace in your hotel room unchecked, you deserve to have it stolen. And that's exactly what happened to the president of Bad Boy Entertainment earlier this month on the Spanish island of Ibiza, during a European promo visit for his forthcoming album 'Press Play'. Despite the theft, Diddy continued on his promo tour and even hired out the entire Duchess Palace in West London for an exclusive listening party of his new album.

Still on Diddy ... Pharoahe Monch fans might want to pick up Diddy's new album, 'Press Play', while they continue their wait [7 years and counting] for Monch's long-awaited sophomore solo LP. Diddy phoned Monch earlier this year with the following message; "I'm working on an album. I'm hiring the best writers. I like your style." The result? Monch ghost-wrote 3 tracks on 'Press Play' over the production of Kon Artist [D12] and Havoc [Mobb Deep].

Finally, while he was busy NOT penning lyrics for his album or securing his stash of diamonds, Diddy and long-time girlfriend Kim Porter found time to work on a much more personal project. The pair recently revealed that they are expecting their second child together. Congrats!

Ok, so Cassie isn't the greatest singer or performer on the planet, but was anybody under the illusion she was?! A string of recent television performances by the teen singer has incited major criticism of her talent [or lack thereof], with audiences going so far as to petition Diddy to pull the plug on her project. Rumour has it that Diddy only signed Cassie as a favour to Ryan Leslie, founder of Next Selection Entertainment, the production company to which Cassie is signed. Fuelling this speculation is the fact that Ryan himself [a promising producer/singer] is managed by Diddy and Bad Boy's Vice President, Gwen Niles. However, Rhyme & Reason Magazine can reveal that prior to signing with Bad Boy, Cassie was definitely fielding interest from more than one label. Amongst those interested parties was the CEO of So So Def Recordings, Jermaine Dupri. Not to defend Cassie, but her recording contract seems to be more than just a favour amongst friends.

Ok, now I've got a funny one for you. Justin Timberlake recently dissed Kanye West in an interview with the *L.A. Times*, where he was quoted as saying, "Kanye? Has he ever had a song that wasn't already a song before he did it?" Good call, right? Not quite. Once JT realised what he had just said, he nervously back-peddled, offering the reporter the following disclaimer; "That's a joke, OK? Please tell me you know that was a joke?" Mint!

Word has it that Murder Inc [The Inc] is on the verge of a comeback. The recording home of Ja Rule and Ashanti suffered a very public fall from grace after a federal investigation attempted to link Murder Inc to NY criminal kingpin Kenneth "Supreme" McGriff, claiming the record label was laundering drug money for McGriff. Although Murder Inc CEO Irv Gotti [and brother Chris Gotti] beat the charges, they were unable to salvage their partnership with Def Jam / Universal, who sought to distance themselves from the brothers during the very public trial. Now ready to spearhead Murder Inc's comeback, Irv has already turned down an "insulting" offer from Warner Music, headed by former Def Jam execs Lyor Cohen and Kevin Liles. And surprisingly, it is believed that Murder Inc is once again set to partner with Universal Music, the same company that bailed on the brothers during their hour of need. The apparent 3-year deal will see Irv receive a $[USD]10 million advance [recoupable against future profits] and the opportunity to purchase Murder Inc's masters at the end of the 3 years. On a side note, Irv is supposedly looking to add Vanessa Carlton to the Murder Inc roster.

**The Jump Off**

OTHER EVENTS / NIGHTS

- LORD FINESSE, ROC RAIDA, Q-UNIQUE
- Sept 8 - Good Buddha + Diafrix
- FRACTURED- Sept 15 - DEXTER + KUYA

CLUBS / SPONSORS

Late Night Hype
Detention Centre
rhythm-al-ism
Soul Clap Saturdays
Hot Khokolat
Playground Saturdays
Infamous Fridays
groovalicious
IMPERIAL SOUTH YARRA
Sunday Soul Sessions
HOLLYHOOD
31 FLAVOURS

 Copyright © 2001-2006 GrooveOn. com.au All rights reserved

# EXHIBIT E

*Wikipedia is sustained by people like you. Please **donate** today.*

# Bad Boy Records

From Wikipedia, the free encyclopedia

[[]]

**Bad Boy Records** (originally **Bad Boy Entertainment**) is an east coast Hiphop/R&B record label founded by producer/rapper Sean "Diddy" Combs in 1993 that is a subsidiary of Warner Music Group.

| Bad Boy Records | |
|---|---|
| **Parent company** | Warner Music Group |
| **Founded** | 1993 |
| **Founder** | Sean Combs |
| **Distributing label** | Atlantic Records (US)<br>WEA International (Non-US) |
| **Genre** | Hip Hop<br>R&B |
| **Country of origin** | US |
| **Location** | New York City |
| **Official website** | Bad Boy Records |

## Contents


- 1 Company history
  - 1.1 Beginnings
  - 1.2 Bad Boy vs. Death Row
  - 1.3 Life after Biggie
  - 1.4 Resurgence
- 2 Discography
  - 2.1 Upcoming Releases
- 3 See also
- 4 Sources


## Company history

### Beginnings

After his climb from a non-paying internship to becoming an A&R executive at Uptown Records, Sean ("Puffy") Combs was abruptly terminated in 1993 by the then CEO Andre Harrell—reportedly due to his own difficulty to work with. Upon his firing, Arista Records chief Clive Davis took advantage of Combs' free agent status and agreed to bankroll him his own vanity label to be operated through Arista and its BMG parent.

Bad Boy Entertainment was quickly established. A handful of the acts who had been signed to Uptown via Combs just prior to his dismissal were dropped from the label; among them were Christopher Wallace (aka The Notorious B.I.G.), and Craig Mack—both of whom Combs would take with him to his new company.

The label's first release was Craig Mack's "Flava In Ya Ear," followed quickly by Mack's debut album, *Project: Funk Da World* in 1994. On the heels of these releases came "Juicy" and *Ready To Die*, the lead single and debut album from The Notorious B.I.G. (who would also be referred to as "Biggie"), released the same year. While Mack's album went gold, *Ready to Die* achieved multi-platinum success. Dominating the charts into 1995, B.I.G. became one of the rap worlds biggest names of the day and Bad Boy's premier star. Also in 1995, the label continued its success with platinum releases by Total and Faith Evans. Bad Boy, meanwhile, staffed a bevy of in-house writer/producers, including: Chucky Thompson, Easy Mo Bee, Nashiem Myrick and D Dot—all of whom were instrumental in producing many of Bad Boy's most noted releases during this time.

### Bad Boy vs. Death Row

The quick success of The Notorious B.I.G., and Bad Boy as a company, did not set well with all—most notably the Los Angeles-based Death Row Records. For two years leading up to 1995, Death Row (and the west coast hip hop scene that it led) had largely dominated the commercial rap scene. With Bad Boy, and east coast hip hop, now garnering the notoriety that it was, resentment loomed as the attention and acclaim now had to be shared.

Suge Knight, CEO of Death Row Records, especially didn't take too kindly to the emergence of Bad Boy, and publicly jeered Combs. Tensions were heightened when west coast rap superstar 2Pac signed with Death Row, after having recently forged an indignant rivalry with Wallace (B.I.G). More fuel was added to the fire when some music fans began taking sides between Wallace and Shakur, Bad Boy and Death Row, as well as East coast-vs.-West Coast.

While Combs made a handful of attempts to denounce the coastal/label feud, and didn't allow any of Bad Boy's artists to publicly lash back at the slights coming from the other side, most of it fell on deaf ears as tensions reached a boiling point in

1996. Later in the year, 2Pac was shot and killed. Though Bad Boy issued a public statement of condolence, the bad blood continued. On March 9, 1997, as the label readied for the release of Biggie's second double album, *Life After Death*, he too was shot and killed. The deaths of Biggie and 2Pac left many to speculate if the coastal hostility had been responsible their demises. The police investigations of both cases, meanwhile, remain unsolved.

### Life after Biggie

Posthumously, Biggie's *Life After Death* entered Billboard Top 200 Albums Chart at number one; its first two singles, "Hypnotize" and "Mo' Money, Mo' Problems" also topped the singles charts. It eventually sold 10 million copies, and was the highest selling rap album ever until May 2006.

In early 1997, Puff Daddy had begun recording his own solo debut album. The first single, "Can't Nobody Hold Me Down," peaked at number one on the rap, R&B, and pop charts that spring. In response to Biggie's death, the label rush-released a Puff Daddy tribute song, "I'll Be Missing You," which featured Biggie's widow, Faith Evans, and Bad Boy's teen R&B singing group 112. The single topped the charts for eleven weeks and became the hasty second single from Combs' album, *No Way Out*, which was released in the summer and sold seven million copies. Ma$e, Combs' newest protégé, in the meantime was immediately thrust into the void that Biggie left. His own debut album, *Harlem World*, also released the same year, would go 4x platinum. Due to the successive successes of *Life After Death, No Way Out,* and *Harlem World,* by the end of 1997, Bad Boy as a label and brand name had hit a commercial peak. During this time, the label began to promote its latest signing—the Yonkers-based act, The L.O.X., who had been prominently featured on various Bad Boy releases that year. Though highly anticipated, their 1998 debut album, *Money, Power & Respect* sold below commercial expectation. Shortly thereafter, the group departed the label and entered into a long standing publishing dispute with Combs that would continue up until 2005.

In the years to follow, Bad Boy saw a decline. In 1999, Ma$e became religious and abruptly retired from the business—leaving a serious dent in the company, especially since his second album had just been released. Bad Boy found some success with Shyne, a young rapper from Brooklyn, who garnered both praise and criticism for his deep voice and slow flow—which many considered to be too reminiscent to, and perhaps a rip-off of, the Notorious B.I.G. Meanwhile, Combs' own follow-up albums failed to generate the same kind of acclaim that his debut had. In an attempt to further market himself, he underwent several name changes; from "Puff Daddy" to "P. Diddy," to now simply "Diddy."

As the 2000s emerged, Bad Boy had noticeably floundered. Many of its more noted acts would eventually vacate the label, while those who remained saw their sales dwindle as time went on. In spite of continually releasing new material, and various attempts at building artists to the status of Bad Boy's deceased icon, few proved as successful as the company hoped.

Southern duo 8Ball & MJG released an album called *Living Legends* to some success in 2004, prompting the creation of Bad Boy South; which would eventually house acts such as Boyz N Da Hood and Yung Joc. In 2002, Combs' participated in MTV's Making The Band 2—which spun off the Bad Boy assembled act, Da Band. In spite of their MTV exposure leading to a gold selling debut album, Combs later disbanded the group. At this time, the label also signed a rapper named Aasim, who hasn't been heard from since his signing.

### Resurgence

Arista Records bought a 50% stake in Bad Boy in 1996. Following Clive Davis's departure from its parent company, the label broke ties with Arista and BMG; moving to Universal Music Groups' Universal Records in 2002. The change of distribution, however, did not increase productivity. In 2005, Warner Music Group bought out the remainder of Bad Boy's agreement with Universal Music Group, then bought a large minority stake in the label. Today the label is distributed through WMG's Atlantic Records, and continues to operate.

Bad Boy saw its fortunes improve in 2006, with the success of releases from new signees: Cassie and Yung Joc (both of whom would score top five singles/debut album albums). Also in 2006, Bad Boy hit paydirt with Making The Band 3's Danity Kane, whose debut album topped the charts at #1 (the labels first chart topping album since the Bad Boys II: The Soundtrack three years prior), and spun off a top ten single.

Bad Boy Records, meanwhile, continues to be a dominant joint-venture record label, with its stake in Block Enterprises—a hip-hop record label headquartered in Atlanta; and with NextSelection Lifestyle Group—a joint venture run by Ryan Leslie. Other subsidiary branches include: Bad Boy South, Bad Boy Latino (which Combs runs with Emilo Estefan) and Grind Music, Inc.

Also there are rumors of female rap artist Lil' Kim to be signed to Bad Boy Records, Lil' Kim has had alot to do with Bad Boy Records, but never has she been signed with the label. Her 5th Album is due late 2007.

## Discography

**Information**

***Ready to Die*** by **The Notorious B.I.G.**

- Released: September 13, 1994
- Singles: "Juicy", "Big Poppa", "One More Chance"

***Project: Funk Da World*** by **Craig Mack**

- Released: September 20, 1994
- Singles: "Flava In Ya Ear", "Get Down"

***Faith*** by **Faith Evans**

- Released: August 29, 1995
- Singles: "You Used to Love Me", "Soon as I Get Home", "Ain't Nobody", "Come Over"

***Total*** by **Total**

- Released: February 13, 1996
- Singles: "No One Else", "Kissin' You", "When Boy Meets Girl"

***112*** by **112**

- Released: August 27, 1996
- Singles: "Come See Me", "Only You", "Cupid"

***Life After Death*** by **The Notorious B.I.G.**

- Released: March 25, 1997
- Singles: "Hypnotize", "Mo Money Mo Problems", "Sky's the Limit"

***No Way Out*** by **Puff Daddy & the Family**

- Released: July 22, 1997
- Singles: "Can't Nobody Hold Me Down", "I'll Be Missing You", "It's All About the Benjamins (Remix)", "Been Around the World", "Victory"

***Harlem World*** by **Ma$e**

- Released: October 28, 1997
- Singles: "Lookin' at Me", "Feel So Good", "What You Want", "24 Hours to Live"

***Money, Power & Respect*** by **The LOX**

- Released: January 13, 1998
- Singles: "If You Think I'm Jiggy", "Money, Power & Respect"

***Bad Boy Greatest Hits: Volume 1***

- Released: October 13, 1998
- Singles: "Too Too Old For Me" by **Jerome**

***Keep the Faith*** by **Faith Evans**

- Released: October 27, 1998
- Singles: "Love like This", "All Night Long", "Never Gonna Let You Go", "Lately I"

***Kima, Keisha, and Pam*** by **Total**

- Released: November 3, 1998
- Singles: "Trippin'", "Sitting Home"

***Room 112*** by **112**

- Released: November 10, 1998

- Singles: "Love Me", "Anywhere", "Love You Like I Did", "Your Letter"

***Double Up*** by **Ma$e**

- Released: June 15, 1999
- Singles: "Get Ready", "All I Ever Wanted"

***Forever*** by **Puff Daddy**

- Released: August 24, 1999
- Singles: "P.E. 2000", "Satisfy You", "Best Friend"

***Born Again*** by **The Notorious B.I.G.**

- Released: December 7, 1999
- Singles: "Notorious B.I.G.", "Dead Wrong"

***Life Story*** by **Black Rob**

- Released: March 7, 2000
- Singles: "Whoa!"

***Emotional*** by **Carl Thomas**

- Released: April 18, 2000
- Singles: "Emotional", "I Wish", "Summer Rain"

***Shyne*** by **Shyne**

- Released: September 26, 2000
- Singles: "Bad Boys", "Bonnie & Shyne", "That's Gangsta"

***It Was All a Dream*** by **Dream**

- Released: January 23, 2001
- Singles: "He Loves U Not", "This is Me", "This is Me (Remix)"

***Part III*** by **112**

- Released: March 20, 2001
- Singles: "Peaches & Cream", "Dance With Me", "It's Over Now"

***The Saga Continues...*** by **P. Diddy & the Bad Boy Family**

- Released: July 10, 2001
- Singles: "Diddy", "Bad Boy For Life", "Let's Get It"

***Faithfully*** by **Faith Evans**

- Released: November 6, 2001
- Singles: "Can't Believe", "You Gets No Love", "I Love You", "Burnin' Up"

***Child Of The Ghetto*** by **G. Dep**

- Released: November 20, 2001
- Singles: "Special Delivery"

***We Invented The Remix: Volume 1*** by **P. Diddy & Bad Boy Records**

- Released: May 14, 2002
- Singles: "Special Delivery (Remix)", "I Need A Girl (Part 1)", "I Need A Girl (Part 2)"

***Bad Boys II: The Soundtrack***

- Released: July 15, 2003
- Singles: "La-La-La (Excuse Me Miss Remix)" by **Jay-Z**, "Shake Ya Tailfeather" by **Nelly, P. Diddy & Murphy Lee**, "Show Me Your Soul" by **P. Diddy, Lenny Kravitz, Pharrell & Loon**

***Too Hot for T.V.*** by **Bad Boy's Da Band**

- Released: September 30, 2003
- Singles: "Bad Boy This, Bad Boy That", "Tonight"

***Loon*** by **Loon**

- Released: October 21, 2003
- Singles: "How You Want That", "Down For Me"

***Hot & Wet*** by **112**

- Released: November 18, 2003
- Singles: "Na Na Na Na", "Hot & Wet"

***Bad Boy's 10th Anniversary... The Hits***

- Released: March 9, 2004
- Singles: "Victory 2004" by **P. Diddy, The Notorious B.I.G., Busta Rhymes, 50 Cent & Lloyd Banks**

***Let's Talk About It*** by **Carl Thomas**

- Released: March 23, 2004
- Singles: "She Is", "Make It Alright", "My First Love"

***Hurt No More*** by **Mario Winans**

- Released: April 20, 2004
- Singles: "I Don't Wanna Know", "Never Really Was"

***Living Legends*** by **8Ball & MJG**

- Released: May 11, 2004
- Singles: "You Don't Want Drama", "Straght Cadillac Pimpin", "Forever"

***Welcome Back*** by **Mase**

- Released: August 24, 2004
- Singles: "Welcome Back", "Breathe, Stretch, Shake"

***One Love*** by **New Edition**

- Released: November 9, 2004
- Singles: "Hot 2Nite"

***Bad Boy's R&B Hits***

- Released: November 23, 2004
- Singles: -------

***Boyz N Da Hood*** by **Boyz N Da Hood**

- Released: June 21, 2005
- Singles: "Dem Boyz", "Felonies"

***B5*** by **B5**

- Released: July 19, 2005
- Singles: "All I Do", "U Got Me"

***The Black Rob Report*** by **Black Rob**

- Released: July 19, 2005
- Singles: "Ready"

***Duets: The Final Chapter*** by **The Notorious B.I.G.**

- Released: December 20, 2005
- Singles: "Nasty Girl", "Hold Ya Head" "Spit Your Game"

***New Joc City*** by **Yung Joc**

| |
|---|
| • Released: June 6, 2006<br>• Singles: "It's Goin' Down", "I Know You See It", "1st Time" |
| ***Cassie*** by **Cassie**<br><br>• Released: August 8, 2006,<br>• Singles: "Me & U" "Long Way 2 Go" |
| ***Danity Kane*** by **Danity Kane**<br><br>• Released: August 22, 2006<br>• Singles: "Show Stopper", "Ride for You" |
| ***Christian Daniel*** by **Christian Daniel**<br><br>• Released: September 26, 2006<br>• Singles: "Donde Quedaran" |
| ***Press Play*** by **Diddy**<br><br>• Released: October 17, 2006<br>• Singles: "Come to Me", "Tell Me", "Last Night", "Through the Pain (She Told Me)", "Diddy Rock" |
| ***Greatest Hits*** by **The Notorious B.I.G**<br><br>• Released: March 6, 2007<br>• Singles: "Running Your Mouth" |
| ***Ridin High*** by **8Ball & MJG**<br><br>• Released: March 13, 2007<br>• Singles: "Relax and Take Notes", "Cruzin", "Clap On" |
| ***Hustlenomics*** by **Yung Joc**<br><br>• Released: August 28, 2007<br>• Singles: "Coffee Shop", "Bottle Poppin'" |
| ***Don't Talk, Just Listen*** by **B5**<br><br>• Released: September 11, 2007<br>• Singles: "Hydrolics" |
| ***Welcome To The Zoo*** by **Gorilla Zoe**<br><br>• Scheduled: September 25, 2007<br>• Singles: "Hood Figga" |

## Upcoming Releases

| Information |
|---|
| ***Back Up N Da Chevy*** by **Boyz N Da Hood**<br><br>• Scheduled: October 2, 2007<br>• Singles: "Everybody Know Me", "We Ready", "We Ridin'" |
| ***Let's Get Physical*** by **Elephant Man**<br><br>• Scheduled: November 6, 2007<br>• Singles: "Five-O" |
| *Untitled* by **Mario Winans**<br><br>• Scheduled: December 4, 2007<br>• Singles: ------- |
| ***We Invented The Remix: Volume 2*** by **Diddy & Bad Boy Records** |

- Scheduled: December 18, 2007
- Singles: -------

***Just Watch Me*** by **Jordan McCoy**

- Scheduled: January 15, 2008
- Singles: "Just Watch Me"

*Untitled* by **Cheri Dennis**

- Scheduled: January 29, 2008
- Singles: "I Love You"

*Untitled* by **Cassie**

- Scheduled: February 12, 2008
- Singles: --------

*Untitled* by **Danity Kane**

- Scheduled: Spring 2008
- Singles: --------

*Untitled* by **Aasim**

- Scheduled: TBA
- Singles: --------

## See also

- List of Bad Boy Records artists
- List of record labels

## Sources

- Bad Boy Official Website
- Bad Boy Official MySpace Page
- Bad Boy Street Team MySpace Page
- Bad Boy Forever
- Unofficial Bad Boy Blog
- Bad Boy Fansite
- Bad Boy Fansite
- Bad Boy A&Rs on World Top 100 A&R Chart

Retrieved from "http://en.wikipedia.org/wiki/Bad_Boy_Records"

Categories: Articles lacking sources from July 2007 | All articles lacking sources | Record labels established in 1993 | American record labels | Warner Music labels | Hip hop record labels | Rhythm and blues record labels | Vanity record labels

- This page was last modified 18:09, 30 September 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

# EXHIBIT F




HOT 106, #1 FOR HIP-HOP AND THE MOST MUSIC IN THE MORNING!

October 3, 2007

ON AIR NOW



Deanna Cruz

THE STATION

- Home
- On-Air Jocks
- Mix Show DJ's
- On the Streets
- In da Clubs
- Community Calendar
- Photo Gallery
- Directext
- Contact Us
- Careers
- Contest Rules

THE MUSIC

- HOTcasting
- Daily News
- Featured Artist
- Music Blast
- Shows & Features
- Playlist
- Hot 8 @ 8
- Hot Hookup
- Concert Calendar

ONLINE EXTRAS

- Wallpapers
- AIM Icons

Music News



HOT NEWS

HOT 106 #1 for hip-hop
HOT 106 LIVE ON THE WEB! CLICK HERE TO LISTEN NOW
RIGHT NOW RADIO.com
Your music for free. The way it should be.

106 DOWNLOAD
CLICK HERE

CRACK THE HOT106 ATM







THE ALL NEW

Friday Night Football is coming! Listen to Hot 106 to see what local football games we'll be at this Fall!

106

YouTube
EXCLUSIVE HOT 106 VIDEOS
CLICK HERE NOW

CLICK HERE TO JOIN US ON

myspace.com/hot1063

RIOTNIGHT.COM

RI COALITION AGAINST DOMESTIC VIOLENCE

FACTORY OF TERROR




asdfas










TOYOTA NEWPORT




Advertise




Click Here To Buy This Song - 99¢ at Hot 106 Download Store

Valvoline INSTANT OIL CHANGE

NISSAN SHIFT_

## Local News::.

- NBC 10
- CBS 12
- ABC 6
- Providence Journal

## NEW JOINTS ON HOT 106

1. Busta - I Love My Chick
2. Rick Ross - Hustlin'
3. Young Joc - Goin' Down
4. Kelis - Bossy

See our entire playlist here.



**Holla @ Us**
Get your shout outs on the website! Click here!

Privacy Policy and Terms of Use

Internet Development by Radio Data Group, Inc. - © 2007Citadel Broadcasting Company. All Rights Reserved.

Station **WWKX-FM**, an Equal Opportunity Employer, seeks the help of local community organizations in referring qualified job candidates to the Station and distributing information about job vacancies. Interested community

organizers that wish to receive job vacancy notifications should CLICK HERE.

To view the Citadel Broadcasting EEO Report click here. (adobe acrobat reader required)


#1 for hip-hop
HOT 106
MUSIC SEARCH
TUNE GENIE RECOMMENDATIONS
HOT 106 TOP HITS
TOP SELLING
CELEBRITY PLAYLISTS
7 AM
8 AM
9 AM
10 AM
11 AM
12 PM
1 PM
2 PM
Results for "yung joc" [search by artist]
HISTORY
Big Kuntry King, Yung Joc, T.I.
Boyz N Da Hood feat. T-Kok, Alfa Mega, Yung Joc & Durty
Boyz N Da Hood feat. Yung Joc
Boyz N Da Hood featuring Yung Joc
Cassie (Remix featuring Diddy & Yung Joc)
Gorilla Zoe featuring Yung Joc
T-Pain Featuring Yung Joc
Yung Joc
Yung Joc feat 3LW
Yung Joc feat Jazze Pha
Yung Joc feat Trick Daddy, Block & Jazze Pha
Yung Joc featuring Bun B & Young Dro
Yung Joc featuring Diddy
Yung Joc featuring Gorilla Zoe
Yung Joc featuring Mike Carlito & Gorilla Zoe
Yung Joc featuring Snoop Dogg & Rick Ross
Yung Joc featuring Southern Girl
PAGE 1 of 2
18 ARTISTS
HELP/TOUR
LEGAL STUFF/ PRIVACY
SAVE/EMAIL MY SONGS

# EXHIBIT G

fye. for your entertainment

Cart 0 items | Login | My Account | Order Status | Wishlist 0 Items | Help

Specials | Backstage Pass | Find a Store Near You | Gift Cards | Store Events | Wanna Win | Localeyez | Careers

Search Entire Site GO »

Sign in here. If you don't have an account click here to create one today.

Search Music: Artist or Title
Search Movies: Artist or Title
Search Games: Platform or Title
SEARCH »

Buy One Get One 50% Off
COUPON CODE: OCTOBERBOGO
ONLINE EXCLUSIVE

Pre-order Now For Up To 50% Off *after rebate

Fantastic Four Rise of the Silver Surfer *FREE FILM CELL CLICK HERE

Meet the Robinsons $12.99* BLU-RAY $20.99* CLICK HERE

The Sopranos $59.99* BLU-RAY OR HD $79.99* CLICK HERE

SEINFELD Season 9 & the Complete Series CLICK HERE

Blu-ray & HD

The Future Is Here Blu-ray Disc HD DVD

Guitar of the Week

52 guitars 52 weeks 52 winners Enter today!

Newsletter Signup

Enter your email to be added to our special offers newsletter.

*You must be at least 13 years of age to submit your email address.

GO »

## Music



Rock
Country
Rap
Dance
Latin
Heavy Metal
more...

- New Releases
- Pre-orders
- Top Sellers

## DVDs



Television
Anime
Comedy
Box Sets
Horror
Children's
more...

- New Releases
- Pre-orders
- Top Sellers

## Games



Wii
PS3
Xbox 360
Nintendo DS
PS2
Xbox
PC Games
more...

- Halo 3

## Top Pre-orders



TV on DVD
WWE
Pirates III
Ratatouille
Spider-Man 3
Transformers
Springsteen
The Sopranos

- Music Pre-orders

Music
Movies
Games
Electronics
Books

**Used**

**Media Storage**

- NBA Live 08
- Systems

- DVD Pre-orders
- Game Pre-orders




**Features This Week**







**Enter to Win**




**Order Information**

- Track your previous orders.
- View or change your orders in Your Account
- Questions about your orders?

**Shipping & Returns**

- Shipping rates, timeframes & policies.
- Need to Return an Item? Check out our Returns Policy first.

**Need Help**

- New customer? Click here to learn about searching, browsing, and shopping at our store.
- Forgot your password? Click here.

VeriSign Secured VERIFY

TRUSTED COMMERCE

fye

Order Status | Gift Cards | Login | Cart | Stores | Help | Careers | Terms of Service | Privacy Policy | Press Releases

© 2006 All Media Guide LLC. Portions of content provided by All Music Guide®, All Movie Guide® and All Game Guide, trademarks of All Media Guide, LLC

**Copyright 2003-2007 All rights reserved.**

Case 1:07-cv-00289-ML-LDA Document 15-2 Filed 10/16/2007 Page 37 of 52

fye. for your entertainment

Cart 0 items | Login | My Account | Order Status | Wishlist 0 Items | Help

Specials | Backstage Pass | Find a Store Near You | Gift Cards | Store Events | Wanna Win | Localeyez | Careers

Search | Popular Music | GO »

Home » Music » Rap & Hip-Hop

**Music**

- New Releases
- Coming Soon
- Top Sellers
- Alternative
- Blues
- Box Sets
- Children's
- Christian & Gospel
- Classical Music
- Country
- Dance & Electronic
- Folk
- Heavy Metal
- Imports
- International
- Jazz
- Latin
- Miscellaneous
- New Age
- Pop
- R&B/Soul
- **Rap & Hip-Hop**
  - Alternative Hip-Hop
  - East Coast
  - General
  - Hardcore Rap
  - Hip-Hop
  - Rap & Hip Hop
  - Southern
  - West Coast
  - Iran-Classical
  - Turkish Music
  - Trot
  - Traditional Korean
- Reggae
- Rock
- Seasonal
- Shows & Movies
- Vocals & Easy Listening

**Movies**

**Games**

**Electronics**

**Books**

**Used**

**Media Storage**

## New Releases

» see all



**Graduation**
Kanye West
**Our Price: $10.99**
BUY »




**Curtis**
50 Cent
**Our Price: $13.99**
BUY »



**Ultimate Victory**
Chamillionaire
**Our Price: $11.99**
BUY »



**Souljaboytellem . com**
Soulja Boy Tellem
**After Rebate: $7.99**
BUY »



**Welcome to the Zoo**
Gorilla Zoe
**Our Price: $12.99**
BUY »




**Back Up N da Chevy**
Boyz N da Hood
**After Rebate: $9.99**
BUY »




**For the Hell of It**
Diplomats Present Hell Rell
**Our Price: $13.99**
BUY »



**Not Yet Titled**
Mr. Capone-E
**Our Price: $13.99**
BUY »

## Hot Sellers

» see all



**Graduation**
Kanye West
**Our Price: $10.99**
BUY »




**Curtis**
50 Cent
**Our Price: $13.99**
BUY »



**Ultimate Victory**
Chamillionaire
**Our Price: $11.99**
BUY »



**Adrenaline Rush 2007**
Twista
**Our Price: $12.99**
BUY »





**Minutes to Midnight**





| Plies | Linkin Park | Timbaland | T.I. |
|---|---|---|---|
| Our Price: $13.99 | Our Price: $13.99 | Our Price: $13.99 | Our Price: $13.99 |
| BUY » | BUY » | BUY » | BUY » |

Top Pre-orders

» see all



**Get Back**
Little Brother
Our Price: $13.99
PRE-ORDER »

**Slangin' at the Corner Store**
Messy Marv
Our Price: $14.99
PRE-ORDER »

**Tha Block Reporter**
B.A.
Our Price: $14.99
PRE-ORDER »



**Ghetto Blues**
Marvaless
Our Price: $13.99
PRE-ORDER »

**The Camp Is Back**
Latino Velvet
Our Price: $13.99
PRE-ORDER »



**Disko Partizani**
Shantel
Our Price: $12.49
PRE-ORDER »

**The Soundcatcher Extras**
DJ Vadim
Our Price: $11.95
PRE-ORDER »

**5150 Ratchet**
Hurricane Chris
After Rebate: $7.99
PRE-ORDER »

## Order Information

- Track your previous **orders.**
- View or change your orders in **Your Account**
- Questions **about your orders?**

## Shipping & Returns

- **Shipping rates, timeframes & policies.**
- Need to Return an item? Check out our **Returns Policy** first.

## Need Help

- New customer? **Click here** to learn about searching, browsing, and shopping at our store.
- Forgot your password? **Click here.**

VeriSign Secured VERIFY

TRUSTED COMMERCE

fye

Order Status | Gift Cards | Login | Cart | Stores | Help | Careers | Terms of Service | Privacy Policy | Press Releases

AMG © 2006 All Media Guide LLC. Portions of content provided by All Music Guide®, All Movie Guide® and All Game Guide, trademarks of All Media Guide, LLC

Copyright 2003-2007 All rights reserved.

**Stores nearest the point you clicked, which was 6 miles southwest of Providence, RI**

Click to browse list of stores




| Miles | Name & Phone | Click Address for Maps | Features (click for additional info) | Driving Directions |
|---|---|---|---|---|
| 5 SE | 1 **FYE #0178** (401) 737-0622 | Warwick Mall 400 Bald Hill Road Warwick, RI 02886-1684 | Buy/Sell Used | Directions |
| 5 SE | 2 **FYE #0039** (401) 822-3322 | 850 Bald Hill Road Warwick, RI 02886-0718 | Buy/Sell Used | Directions |
| 6 N | 3 **FYE #1088** (401) 233-0839 | The Crossing at Smithfield 371 Putnam Pike Smithfield, RI 02917-2402 | Buy/Sell Used | Directions |
| 7 NE | 4 **FYE #0288** (401) 273-9850 | University Marketplace 509-513 North Main Street Providence, RI 02904-5722 | Buy/Sell Used | Directions |
| 10 E | 5 **FYE #0285** (508) 336-3570 | Seekonk Plaza 1201 Fall River Avenue Seekonk, MA 02771-5929 | Buy/Sell Used | Directions |
| 12 NE | 6 **FYE #0376** (508) 399-6690 | Bristol Place Shopping Center 1220 Newport Avenue South Attleboro, MA 02703-8004 | Buy/Sell Used | Directions |
| 15 NE | 7 **FYE #0784** (508) 643-0059 | Emerald Square 999 South Washington Street North Attleboro, MA 02760-3656 | Buy/Sell Used | Directions |
| 16 N | 8 **FYE #0398** (401) 762-1260 | Walnut Hill Plaza 1500 Diamond Hill Road Woonsocket, RI 02895-1547 | Buy/Sell Used | Directions |
| 16 E | 9 **FYE #0773** (508) 673-2616 | Swansea Mall 262 Swansea Mall Drive Swansea, MA 02777-4121 | Buy/Sell Used | Directions |

| | | | | |
|---|---|---|---|---|
| 18 W | 10<br>**FYE #0454**<br>(860) 779-2655 | 1062 North Main Street<br>Dayville, CT 06241-2127 | Buy/Sell Used | Directions |
| 22 SE | 11<br>**FYE #0785**<br>(401) 848-5998 | Aquidneck Center<br>43 East Main Street<br>Middletown, RI 02842-4953 | Buy/Sell Used | Directions |
| 22 N | 12<br>**FYE #0513**<br>(508) 520-0660 | 120 Franklin Village Drive<br>Franklin, MA 02038-4004 | Buy/Sell Used | Directions |
| 23 NE | 13<br>**FYE #0526**<br>(508) 339-5544 | 377 Chauncy Street<br>Mansfield, MA 02048-1123 | Buy/Sell Used | Directions |
| 24 S | 14<br>**FYE #0523**<br>(401) 783-5720 | Wakefield Mall<br>160 Old Tower Hill Road<br>Wakefield, RI 02879-3731 | Buy/Sell Used | Directions |
| 25 E | 15<br>**FYE #1594**<br>(508) 880-3500 | Silver City Galleria<br>2 Galleria Mall<br>Taunton, MA 02780-6914 | Buy/Sell Used | Directions |
| 26 E | 16<br>**FYE #0242**<br>(508) 880-4992 | 275 New State Highway<br>Raynham, MA 02767-1434 | Buy/Sell Used | Directions |
| 29 E | 17<br>**FYE #0214**<br>(508) 997-7375 | Dartmouth Mall<br>115 North Dartmouth Mall<br>North Dartmouth, MA 02747-4201 | Buy/Sell Used | Directions |
| 30 NW | 18<br>**FYE #1293**<br>(508) 865-5099 | 70 Worcester Providence Turnpike<br>Millbury, MA 01527-2652 | Buy/Sell Used | Directions |
| 31 NE | 19<br>**FYE #0501**<br>(508) 668-3133 | The Walpole Mall<br>96 Providence Highway<br>East Walpole, MA 02032-1509 | Buy/Sell Used | Directions |
| 33 SW | 20<br>**FYE #1263**<br>(401) 348-0856 | Franklin Shopping Plaza<br>100 Franklin Street<br>Westerly, RI 02891-3152 | Buy/Sell Used | Directions |

Zip Code
Area Code
City, ST
State

SUBMIT

**Locator service by Know-Where Systems** **Search Help**

Store Locator Home

Case 1:07-cv-00289-ML-LDA Document 15-2 Filed 10/16/2007 Page 41 of 52

# newburycomics.com

cart | login | help | retail locations

Newsletter Sign Up

Search    Music    DVDs    Rock Posters    More

**Search Here For:**
CDs by Artist

Advanced Search  Go!

Home
Gift Cards

## Music - CDs

Autographed CD Booklets
Limited Edition Pint Glasses
New Release CDs
Future Releases
Top 25 CDs
Top 25 Indie CDs
Instant Live CDs
Indie Retail Exclusive CDs
Browse CDs by Artist

## Movies - DVDs

Death Proof Pint Glass
Special Offer
Top 25 DVDs
SCTV DVD Sale

## Fun Stuff

Exclusive Toys & Collectibles
Rock Tour Posters
Doctor Who
Nightmare Before Christmas
Harry Potter
Wicked Fun Stuff
Action Figures & Vinyl Toys
Boston Red Sox
Ugly Dolls
Newbury Comics Merchandise

## Website Info

Customer Service/ Contact Us
About Us

Click Here To Sign Up For The Newbury Comics Email Newsletters

HATCHET
Click Here for merchandise

DOCTOR WHO
Action Figures & Collectibles
Click Here!


**Great Selection of Rock Posters**
**Over 1,000 Prints!**


**Autographed CD Booklets & 7" Vinyl**


**Limited Edition Pint Glasses**


**This Week's New Release CDs**

Check out the special limited edition pre-orders below!


**Dan Wilson**
Free Life
**$11.99 CD Limited* Autographed Booklet**


**Paul Oakenfold**
Greatest Hits and Remixes
**$14.99 CD Limited* Autographed Booklet**



**Kid Rock**
Rock N Roll Jesus
**$13.99 CD Limited Edition Pint Glass**


**The Color Fred**
Bend To Break
**$10.99 CD Limited* Autographed Booklet**



**Various Artists**
Ultra Trance 07
**$15.99 CD Limited* Autographed Booklet**


**Skindred**
Roots, Rock, Riot
**$12.99 CD Limited* Autographed Booklet**


**Armor For Sleep**
Smile For Them
**$11.99 CD Limited* Autographed Booklet**


**Alter Bridge**
Blackbird
**$10.99 CD Limited* Autographed Booklet**

Frequently Asked Questions
Online Contests

**Store Info**

Retail Locations
In-Store Appearances
Sign up for the Newbury Comics E-Mail Newsletter
Consignment
SHOOTENANNY
newburycomics.com/hatchet




**A Wilhelm Scream**
**Career Suicide**
**$11.99 CD Limited***
**Autographed Booklet**




**World Party**
**Best In Show**
**$11.99 CD Limited***
**Autographed Booklet**



**Beirut**
**The Flying Club Cup**
**$11.99 CD Limited***
**Autographed Booklet**



**Vanessa Carlton**
**Heroes & Thieves**
**$12.99 CD Limited***
**Autographed Booklet**

Check out our Wicked Cool Music Lounge.
Hear new music, watch videos, enter contests and more!



**Boston Red Sox T-Shirts & Gear**



**Action Figures & Exclusive Collectibles**



**Newbury Comics Merchandise**



**Brand New Ugly Dolls**

Home | Search | Cart | Login

Sign up for email updates Submit

**Prices on newburycomics.com do not reflect pricing in Newbury Comics retail locations.**
Site Hosted by **Buy Music Here**.
© 2000-2007, Moonshadow eCommerce Inc. Patents Pending.
Portions of content copyright 1948-2007, Muze Inc.
All rights reserved.

cart | login | help | retail locations
Newsletter Sign Up

Search Music DVDs Rock Posters More

**Search Here For:**
CDs by Artist
Advanced Search Go!
Home
Gift Cards
**Music - CDs**
Autographed CD Booklets
Limited Edition Pint Glasses
New Release CDs
Future Releases
Top 25 CDs
Top 25 Indie CDs
Instant Live CDs
Indie Retail Exclusive CDs
Browse CDs by Artist
**Movies - DVDs**
Top 25 DVDs
SCTV DVD Sale
**Fun Stuff**
Exclusive Toys & Collectibles
Rock Tour Posters
Doctor Who
Nightmare Before Christmas
Harry Potter
Wicked Fun Stuff
Action Figures & Vinyl Toys
Boston Red Sox
Ugly Dolls
Newbury Comics Merchandise
**Website Info**
Customer Service/ Contact Us
About Us
Frequently Asked Questions

# Gorilla Zoe - *Welcome To the Zoo [PA]*

image not available

**Performer** Gorilla Zoe
**Title** Welcome To the Zoo [PA]
**Guest Artists** Yung Joc/Boyz N Da Hood
**UPC** 07567899713
**Genre** R&B
**Sub Genre** Rap
**Released** 09/25/2007

**CD**
List Price $18.98
**Our Price $13.25**
You Save $5.73
Qty. 1
**Buy New - Add to Cart**
Usually ships in 2-3 business days.

## Track Listing - click icons to preview tracks in Windows Media Player.

| | | | |
|---|---|---|---|
| 1 | **Do Something** | 9 | **Count On Me - (with Jody Breeze & JC)** |
| 2 | **Hood Nigga** | 10 | **Real Motherfucka - (with Boyz N Da Hood)** |
| 3 | **Money Man** | 11 | **Juice Box - (with Yung Joc)** |
| 4 | **Tryna Make a Jug - (with Big Gee)** | 12 | **Money Up** |
| 5 | **Crack Muzik (This That Musik) - (with Jody Breeze)** | 13 | **You Don't Know Me - (with D. Woods)** |
| 6 | **Battle Field - (with Block & Big Gee)** | 14 | **Lil Shawty** |
| 7 | **Take Your Shoes Off - (with Yung Joc)** | 15 | **Last Time I Checked** |
| 8 | **I Know** | 16 | **Last Time I Checked** |

## Notes / Reviews

Additional personnel: Yung Joc, D. Woods, Big Gee, Jody Breeze, Block , Boyz N Da Hood.

The snarling expression Gorilla Zoe strikes on the cover of his debut WELCOME TO THE ZOO epitomizes the spirit of the music within: This is no-nonsense, take-no-prisoners hardcore rap. An Atlanta native who specializes in the bangin', heavy-lidded Dirty South style the city is known for, Gorilla Zoe made a name for himself on the scene performing with Yung Joc and Boyz N Da Hood (where he replaced Young Jeezy). WELCOME TO THE ZOO furthers the strain of well-produced hardcore with speaker-rattling beats and narratives about gangster life in Atlanta. The album's lead-off single, "Hood Nig*a," is a case in point.

## Details

| | |
|---|---|
| **Performers** | Gorilla Zoe |
| **Producer** | Chris Flame, Christopher 'Drumma Boy' Gholson, Jay Mac, Canei Finch, Willie 'Chuck' Shivers, Dana 'Bee Jay Dana' Ramey, Flawda Water, Fatboi |
| **Label** | Bad Boy Entertainment |
| **Catalog #** | 2931802 |
| **SPAR Code** | n/a |
| **Year of Original Release** | 2007 |
| **Mono/Stereo** | Stereo |
| | Studio |

Online Contests

**Store Info**

Retail Locations

In-Store Appearances

Sign up for the Newbury Comics E-Mail Newsletter

Consignment

SHOOTENANNY

newburycomics.com/hatchet

| | |
|---|---|
| **Studio/Live Performance** | |
| **Distributor** | WEA |
| **# of Discs** | 1 |
| **Minutes** | 62 |
| **Seconds** | 48 |

Home | Search | Cart | Login

Sign up for email updates [ ] Submit

**Prices on newburycomics.com do not reflect pricing in Newbury Comics retail locations.**
Site Hosted by **Buy Music Here.**

© 2000-2007, Moonshadow eCommerce Inc. Patents Pending.
Portions of content copyright 1948-2007, Muze Inc.
All rights reserved.

newburycomics.com

cart | login | help | retail locations

Newsletter Sign Up

Search Music DVDs Rock Posters More

Search Here For:
CDs by Artist

Advanced Search Go!

Home
Gift Cards

**Music - CDs**
Autographed CD Booklets
Limited Edition
Pint Glasses
New Release CDs
Future Releases
Top 25 CDs
Top 25 Indie CDs
Instant Live CDs
Indie Retail
Exclusive CDs
Browse CDs by Artist

**Movies - DVDs**
Death Proof Pint Glass
Special Offer
Top 25 DVDs
SCTV DVD Sale

**Fun Stuff**
Exclusive Toys & Collectibles
Rock Tour Posters
Doctor Who
Nightmare Before Christmas
Harry Potter
Wicked Fun Stuff
Action Figures & Vinyl Toys
Boston Red Sox
Ugly Dolls
Newbury Comics Merchandise

**Website Info**
Customer Service/
Contact Us
About Us

# NEWBURY COMICS

**27 New England Retail Locations**

The hours of operation vary by location. Call your local store for hours of operation.

Click any

**Store Location** below for directions.

## Connecticut

**The Shoppes at Buckland Hills**
194 Buckland Hills Drive
Manchester, CT 06040
(860) 648-2411

## Maine

**South Portland**
220 Maine Mall Road
South Portland, ME 04106
(207) 874-6788

## Massachusetts

**Amherst**
50 Main Street
Amherst, MA 01002
(413) 256-8840

**Avon**
1 Harrison Blvd.
Avon, MA 02322
(508) 588-9651

**Boston - Government Center**
1 Washington Mall
Boston, MA 02108
(617) 248-9992

**Boston - Newbury Street**
332 Newbury Street
Boston, MA 02115
(617) 236-4930

**Braintree**
400 Franklin Street
Braintree, MA 02184
(781) 356-8285

**Burlington**
112 Burlington Mall Road
Burlington, MA 01803
(781) 270-9860

**Cambridge - Fresh Pond**
211 Alewife Brook Parkway
Cambridge, MA 02138
(617) 491-7711

**Cambridge - Harvard Square**
36 JFK Street
Cambridge, MA 02138
(617) 491-0337

**Leominster**
31 Sack Blvd.
Leominster, MA 01453
(978) 537-9517

**Natick**
1298B Worcester Road
Sherwood Plaza, Route 9
Natick, MA 01760
(508) 650-4911

**Newton**
130 Needham Street
Newton, MA 02464
(617) 965-5054

**North Attleboro**
40 Cumberland Ave., Route 1
North Attleboro, MA 02760
(508) 399-9194

**North Dartmouth**
331 State Rd.
N. Dartmouth, MA 02747
(508) 997-5928

**Peabody**
240 Andover Street, Route 114
Peabody, MA 01960
(978) 531-9713

**Saugus**
180 Main Street, Route 1
Saugus, MA 01906
(781) 231-0488

**Shrewsbury**
551 Boston Turnpike, Route 9
Shrewsbury, MA 01545
(508) 845-3391

Frequently Asked Questions

Online Contests

## Store Info

Retail Locations

In-Store Appearances

Sign up for the Newbury Comics E-Mail Newsletter

Consignment

newburycomics.com/hatchet

**Hyannis**
1070 Iyanough Road, Route 132
Hyannis, MA 02601
(508) 778-0747

**Solomon Pond Mall**
601 Donald Lynch Boulevard
Marlborough, MA 01752
(508) 460-0872

**Kingston**
Independence Mall
101 Independence Mall Way
Kingston, MA 02364
(781) 422-0119

## New Hampshire

**Manchester**
777 South Willow Plaza
Manchester, NH 03103
(603) 624-2842

**Salem**
435 South Broadway, Route 28
Salem, NH 03079
(603) 890-1380

**Nashua**
293 Daniel Webster Highway
Nashua, NH 03061
(603) 888-0720

**West Lebenon**
K-Mart Plaza
200 South Main Street
West Lebanon, NH 03784
(603) 298-2167

## Rhode Island

**Providence Place**
Providence Place Mall, 74 Providence Place
Providence, RI 02903
(401) 383-0044

**Warwick**
1500 Bald Hill Road
Warwick, RI 02886
(401) 821-3170

Cambridge - Harvard Square
36 JFK Street
Cambridge, MA 02136
(617) 864-6623

**Located in The Garage in Harvard Square**
Featuring a great selection of clothing, shoes and accessories for men and women by Tokidoki, Paul Frank, Harajuku Lovers, Fred Perry, Ben Sherman, Hurley, Dickies, Levi's, Vans, Converse, Sugar Cosmetics and so many more.

Tired of the mall? Come on in and check us out!
Hootenanny. Wear what you want.

**Note about applications for employment:**
**newburycomics.com does not post applications for employment. If you wish to inquire about employment opportunities, please phone or visit one of our retail locations listed above.**

Newbury Comics, Inc.
Copyright 1995-2007
All rights reserved.

Home | Search | Cart | Login

Sign up for email updates

Submit

**Prices on newburycomics.com do not reflect pricing in Newbury Comics retail locations.**

Site Hosted by **Buy Music Here.**

© 2000-2007, Moonshadow eCommerce Inc. Patents Pending.
Portions of content copyright 1948-2007, Muze Inc.
All rights reserved.

# EXHIBIT H

**Wednesday, April 25, 2007**
**Dunkin' Donuts Center, Providence, RI**

ARTISTS


**Christina Aguilera**


**Pussycat Dolls**


**Danity Kane**

VENUE INFO

**Dunkin' Donuts Center**
Official Website
One LaSalle Square
Providence, RI 02903
Phone: (401) 331-6700
Map to Venue: Google | Yahoo!

FANS GOING

**2** People have added this event to their My JamBase Personal Show Calendar.

SHOW INFO

Save to Calendar

EVENT FORUM

| SUBJECT | AUTHOR | LAST POST | # |
| --- | --- | --- | --- |

Start a New Thread

Send to a Friend  Save to Calendar  Submit a Correction











JamBase Inc. All Rights Reserved. © Copyright 1998 - 2007 Privacy Policy

About | Advertising Services | Developer API | RSS Feed | Site Map | Contact | Help

Site designed by Busse Design

# EXHIBIT I

# BAD BOY MOBILE

NAVIGATION

BROWSE BY ARTIST

Select an artist...

SIGN UP FOR ALERTS

EMAIL

MOBILE

ZIP

SUBMIT




| ARTIST NAME | SONG | TONE | PREVIEW | PRICE | BUY |
|---|---|---|---|---|---|
| GORILLA ZOE | HOOD FIGGA | MASTER | PREVIEW | $2.49 | BUY |
| YUNG JOC | COFFEE SHOP (FEAT. GORILLA ZOE) | MASTER | PREVIEW | $2.49 | BUY |
| DIDDY | LAST NIGHT (FEAT. KEYSHIA COLE) | MASTER | PREVIEW | $2.49 | BUY |
| JORDAN MCCOY | JUST WATCH ME | MASTER | PREVIEW | $2.49 | BUY |
| B5 | HYDROLICS (FEAT. BOW WOW) | MASTER | PREVIEW | $2.49 | BUY |
| ELEPHANT MAN | FIVE-O (PUT THE STASH AWAY) (FEAT. WYCLEF) | MASTER | PREVIEW | $2.49 | BUY |
| BOYZ N DA HOOD | EVERYBODY KNOW ME | MASTER | PREVIEW | $2.49 | BUY |








PRIVACY STATEMENT COPYRIGHT © 1998-2005 BAD BOY ONLINE WORLDWIDE. ALL RIGHTS RESERVED.