# EXHIBIT A

STATE OF RHODE ISLAND
BRISTOL, SC.

SUPERIOR COURT

RICHARD SOSTRE,
Plaintiff

v.

ANTHONY RYAN LESLIE, individually and in his official capacity,
BAD BOY ENTERTAINMENT, INC.
WARNER MUSIC GROUP CORP.,
UNIVERSAL MUSIC GROUP, INC.,
CASABLANCA RECORDS,
THE MOTTOLA COMPANY, INC.,
CHAMPION ENTERTAINMENT GROUP, INC.,
NEXTSELECTION, INC. d/b/a
NEXTSELECTION LIFESTYLE GROUP,
NEXTSELECTION MUSIC PUBLISHING, INC.,
ED WOODS, individually and in his official capacity,
GWEN NILES, individually and in her official capacity,
THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,
Defendants

C.A. No.: 07- 0293

# COMPLAINT

## I. Introductory Statement

1. This is an action brought by the Plaintiff, Richard Sostre, seeking damages against the Defendants to redress the deprivation of rights secured to the Plaintiff in breach of contract, in breach of the covenant of good faith and fair dealing and in tortious interference with Plaintiff's advantageous business relations.

## II. Parties

2. The Plaintiff, Richard Sostre, is a resident of the Town of Newport, State of Rhode Island.

3. Defendant Anthony Ryan Leslie ("Leslie") is a resident of the City of New York, County of New York, State of New York.

4. Defendant Bad Boy Entertainment, Inc. ("Bad Boy") is licensed to do business in the State of New York with its principal place of business in the City of New York, County of New York, State of New York.

5. Defendant Warner Music Group Corp. ("Warner Music") is licensed to do business in the State of New York with its principal place of business in the City of New York, County of New York, State of New York.

6. Defendant Universal Music Group, Inc. ("Universal") is licensed to do business in the State of New York with its principal place of business in the City of New York, County of New York, State of New York.

7. Defendant The Mottola Company, Inc. ("Mottola Company") is licensed to do business in the State of New York with its principal place of business in the City of New York, County of New York, State of New York.

8. Defendant Champion Entertainment Group, Inc. ("Champion") is licensed to do business in the State of New York with its principal place of business in the City of New York, County of New York, State of New York.

9. Defendant Casablanca Records is a record label that is co-owned by Defendants Universal and Mottola with its principal place of business in the City of New York, County of New York, State of New York.

10. Defendant NextSelection, Inc. d/b/a NextSelection Lifestyle Group ("NextSelection") is licensed to do business in the State of New York with its principal place of business in the Town of Seaford, County of Nassau, State of New York.

11. Defendant NextSelection Music Publishing, Inc. ("NextSelection Publishing") is licensed to do business in the State of New York with its principal place of business in the Town of Seaford, County of Nassau, State of New York.

12. On information and belief, at all times relevant herein, Defendant Leslie ("Leslie") was the Chief Executive Officer of Defendant NextSelection Publishing and NextSelection.

13. On information and belief, at all relevant times herein, Defendant Sean Combs ("Combs") was the Chief Executive Officer of Defendant Bad Boy.

14. On information and belief, at all times relevant herein, Defendant Gwen Niles ("Niles") was an agent and/or employee of Defendant Bad Boy.

15. On information and belief, at all times relevant herein, Defendant Thomas Mottola ("Mottola") was the Chief Executive Officer of Defendants Mottola Company and Champion and co-owner of Defendant Casablanca Records.

16. On information and belief, at all times relevant herein Defendant Ed Woods ("Woods") was an agent and/or employee of Defendants Casablanca Records, Mottola Company and/or Champion.

## III. Jurisdiction

17. The monetary amount claimed herein is sufficient to establish the jurisdiction of the Superior Court.

## IV. Venue

18. Venue is proper in this Court pursuant to R.I.G.L §9-4-3 insofar as the Plaintiff resides in the County of Bristol, State of Rhode Island and the contract was entered into in the State of Rhode Island.

## V. Material Facts

19. During all relevant times, Plaintiff worked as a manager in the Music Industry.

20. On or about September 1, 2000, in the State of Rhode Island, Plaintiff entered into a written Personal Management Agreement ("Agreement") with Defendant Leslie.

21. Pursuant to the terms of the Agreement, any action involving any controversy regarding the Agreement must be brought in the courts located in the State of Rhode Island and not elsewhere.

22. Pursuant to the terms of the Agreement, Plaintiff was to serve as Defendant Leslie's sole and exclusive manager, representative and advisor, throughout the world, with respect to all of Defendant Leslie's activities in the Entertainment Industry.

23. Pursuant to the terms of the Agreement, Defendant Leslie was to cause any entity which has the right to Defendant Leslie's services in the Entertainment Industry and in which Defendant Leslie has an interest ("Controlled Entities"), to enter into an agreement with Plaintiff on the same terms and conditions set forth in the Agreement, including the payment to Plaintiff of commissions based upon the gross compensation earned by any and all Controlled Entities during the entire term of the Agreement and following the expiration of the entire term.

24. During all relevant times, Plaintiff performed all of the terms and conditions of the Agreement.

25. Pursuant to the Agreement, the term of the contract consisted of an initial three (3) year term, referred to therein as the "First Contract Period."

26. The Agreement further provided that, if Defendant Leslie has not entered into a term producer agreement with a major record company within one (1) year after September 1, 2000, the Agreement shall automatically terminate on September 1, 2001.

27. On or about March 30. 2001, Defendant Leslie entered into a term producer agreement with Interscope Records, a major record company as defined in the Agreement.

28. The Agreement further provided that Plaintiff shall have the option to extend the initial term, September 1, 2000 through August 31, 2003 ("First Contract Period") for an additional three (3) years, September 1, 2003 through August 31, 2006, ("Second Contract Period") if Defendant Leslie's gross compensation during the First Contract Period is at least $50,000.00.

29. Defendant Leslie's gross compensation exceeded $50,000.00 during the "First Contract Period" and consistent with the terms of the Agreement, Plaintiff properly notified Defendant Leslie of his election to extend the term of the contract, "Second Contract Period" from September 1, 2003 through August 31, 2006.

30. The Agreement further provided that Defendant Leslie was to pay to Plaintiff a commission equal to twenty percent (20%) of Defendant Leslie's gross compensation earned during the entire term of the Agreement and that following the expiration of the entire term, Defendant Leslie is to pay Plaintiff a commission equal to ten percent (10%) of Defendant Leslie's gross compensation for an additional five (5) years.

31. The Agreement provided that, should Defendant Leslie appoint a business manager to receive and administer Defendant Leslie's gross compensation from Defendant Leslie's activities in the Entertainment Industry, then Defendant Leslie is to direct said business manager to pay Plaintiff all commissions and expenses due.

32. On information and belief, Defendant Leslie did, in fact, appoint a business manager.

33. The Agreement provided that as Defendant Leslie's sole and exclusive manager, Plaintiff had sole and exclusive authority to negotiate all offers from third parties for the use of Defendant Leslie's services and the products thereof in the Entertainment Industry.

34. The Agreement further provided that Defendant Leslie is to provide Plaintiff with notice of all offers of employment submitted to Defendant Leslie and to grant Plaintiff the right to audit and examine the books and records of third parties to the Agreement with whom Defendant Leslie has contractual or other rights to do the same.

35. In breach of the terms of the Agreement, Defendant Leslie has failed and/or refused to pay Plaintiff twenty percent (20%) of his gross compensation for the period September 1, 2000 to September 1, 2006.

36. In breach of the terms of the Agreement, Defendant Leslie has failed and/or refused to pay Plaintiff a commission equal to ten percent (10%) of his gross compensation for the period September 1, 2006 and continuing to present.

37. In breach of the terms of the Agreement, on information and belief, Defendant Leslie has caused others, including Defendants Woods, Niles, Mottola and Combs to serve as Defendant's exclusive managers.

38. In breach of the terms of the Agreement, Defendant Leslie failed and/or refused to provide Plaintiff with notice of all offers of employment submitted to Defendant Leslie;

39. In breach of the terms of the Agreement, Defendant Leslie failed and/or refused to grant Plaintiff the right to audit and examine the books and records of third parties to the Agreement with whom Defendant Leslie has/had contractual or other rights to do the same.

40. In breach of the terms of the Agreement, Defendant Leslie has failed and/or refused to direct said business manager to pay Plaintiff all commissions due.

41. In breach of the terms of the Agreement, Defendant Leslie has failed and/or refused to allow Plaintiff to negotiate all offers from third parties for the use of Defendant Leslie's services and the products thereof in the Entertainment Industry.

42. In breach of the terms of the Agreement, Defendant Leslie has failed and/or refused to cause any and all Controlled Entities, including but not limited to NextSelection and NextSelection Publishing, to enter into agreements with Plaintiff on the same terms and conditions set forth in the Agreement.

43. Plaintiff has a vested interest in Defendant Leslie's activities in the Entertainment Industry and is entitled to an accounting from Defendant Leslie and to have the financial records of Defendant Leslie audited by an accountant of Plaintiff's choice and to be paid proper commissions as reflected by the audit.

44. In accordance with the terms of the Agreement, Plaintiff properly provided Defendant Leslie with written notice of Defendant Leslie's breach of the Agreement and Defendant Leslie has failed and/or refused to take any action to cure.

## Tortious Interference with Advantageous Business Relations

45. During all relevant times, Defendants Warner Group. Bad Boy, Universal. Casablanca. Mottola Group. Champion. NextSelection. NextSelection Publishing, Woods. Niles and Mottola, knew or should have known of the existence of the Plaintiff's contractual relationship with Defendant Leslie.

46. Despite Defendants Warner Group. Bad Boy. Universal. Casablanca. Mottola Group, Champion. NextSelection, NextSelection Publishing. Woods. Niles and Mottola's knowledge of the existence of the contractual relationship between Plaintiff and Defendant Leslie, during the term of said contractual relationship and in breach of said contractual relationship, Defendants Warner Group, Bad Boy, Universal, Casablanca, Mottola Group, Champion, Woods, Niles and Mottola entered into managerial relationships with Defendant Leslie and/or Defendant Leslie's controlling entities, including but not limited to, NextSelection and/or NextSelection Publishing.

47. Despite Defendants Warner Group, Bad Boy, Universal, Casablanca, Mottola Group, Champion, NextSelection, NextSelection Publishing, Combs, Woods, Niles and Mottola's knowledge of the existence of the contractual relationship between Plaintiff and Defendant Leslie, during the term of said contractual relationship and in breach of said contractual relationship, Defendants Warner Group, Bad Boy, Universal, Casablanca, Mottola Group, Champion, Combs, Woods, Niles and Mottola served as managers for Defendant Leslie and/or Defendant Leslie's controlling entities.

48. Despite Defendants Warner Group, Bad Boy, Universal, Casablanca, Mottola Group. Champion, NextSelection, NextSelection Publishing, Combs, Woods, Niles and Mottola's knowledge of the existence of the contractual relationship between Plaintiff and Defendant Leslie, during the term of said contractual relationship and in breach of said contractual relationship, Defendants Warner Group. Bad Boy, Universal. Casablanca. Mottola Group, Combs, Woods. Niles and Mottola undertook management functions exclusively and expressly designated to Plaintiff in the Agreement.

49. Despite their knowledge of the existence of the contractual relationship between Plaintiff and Defendant Leslie, Defendants Warner Group, Bad Boy, Universal, Casablanca, Mottola Group, Champion, NextSelection, NextSelection Publishing, Combs, Woods, Niles and Mottola intentionally and improperly interfered with the contractual relationship between Plaintiff and Defendant Leslie.

50. That Defendants' actions are in breach of the Agreement.

51. That as a result of the Defendants' intentional acts and/or omissions as described above, Plaintiff has been deprived of the benefit of the bargain of the contract entered into with Defendant Leslie.

52. That acts and/or omissions of Defendants as aforesaid are negligent, reckless, deliberate, willful, and/or in bad faith

## VI. Claims for Relief

53. Plaintiff incorporates in each of the counts below the allegations set forth in ¶¶1 through 52 above.

### <u>Count One</u>
### <u>Breach of Contract</u>

54. Defendant Leslie, breached the terms of the contract with Plaintiff Sostre, thereby causing Plaintiff Sostre to suffer lost wages, damage to Plaintiff's reputation and consequential damages.

### <u>Count Two</u>
### <u>Breach of Implied Covenant of Good Faith and Fair Dealing</u>

55. Defendants, by their acts and/or omissions, including but not limited to those set forth above, breached the implied covenant of good faith and fair dealing in carrying out their obligations under the contractual agreement entered into with the Plaintiff, thereby causing Plaintiff

to sustain lost wages, damage to Plaintiff's reputation, consequential damages, and mental and emotional pain and suffering.

**Count Three**
**Tortious Interference with Advantageous Business Relations**

56. The actions of Defendants, including but not limited to those described herein, constitute tortious interference with the Plaintiff's business relations, thereby causing the Plaintiff to sustain lost wages, damage to Plaintiff's reputation, consequential damages, and mental and emotional pain and suffering.

**Count Four**
**Accounting**

57. Despite due and proper demand, Defendant Leslie has failed and/or refused to provide Plaintiff with an accounting of all activities and all income earned in the entertainment industry from and after September 1, 2000 to present, thereby causing the Plaintiff to suffer lost wages, damage to Plaintiff's reputation, consequential damages and mental and emotional pain and suffering.

## VII. Prayers for Relief

WHEREFORE, Plaintiff prays for the following relief:

1. Judgment in favor of the Plaintiff and against the Defendants.
2. An award of compensatory damages.
3. An award of consequential damages, attorney's fees, statutory interest and costs.
4. An award of punitive damages.
5. An accounting.
6. Such other and further relief as this Court deems just and proper.

## VIII. Demand for Jury Trial

Plaintiff hereby demands a trial by jury on all counts so triable.

Plaintiff,
Richard Sostre,
By his attorney,
LAW OFFICE OF LOUISE A. HERMAN

Date: June 8, 2007

Louise A. Herman, Esquire (#6430)
129 Dyer Street
Providence, Rhode Island 02903
(401) 277-4110
(401) 421-0964 facsimile

# EXHIBIT B

**AFFIDAVIT OF RICHARD SOSTRE**

Now comes the undersigned, Richard Sostre, being duly sworn, and does hereby depose and say as follows:

1. That I reside in Rhode Island and have lived in Rhode Island since 1994.
2. That I am employed in the music management business and have worked in the music business since 1997.
3. That my music management business is located in Rhode Island and I typically manage Rhode Island/New England artists.
4. I am also involved in artist development, acquiring record deals for area artists, managing disc jockeys and tour management, all of which is centered and based in Rhode Island.
5. That on September 1, 2000, I entered into an exclusive management agreement with Ryan Leslie, an artist located in the Boston, Massachusetts area.
6. That pursuant to the terms of the agreement, I was employed as Mr. Leslie's exclusive manager for a six (6) year period, consisting of two (2) consecutive three year terms.
7. That during all relevant times, I performed all of the management duties as agreed in the terms and conditions of the Agreement.
8. That I held myself out as Mr. Leslie's manager in the music industry and arranged for business meetings on his behalf, accompanied him at music industry events and made contacts with industry executives and others in the music business on Mr. Leslie's behalf.
9. That in 2000, as Mr. Leslie's manager, I had several meetings with Jimmy Iovine, CEO of Interscope Geffen A&M Records, to arrange for a production deal for Mr. Leslie.
10. That in or about February 2001, Ed Woods reviewed the documents pertaining to the Agreement with Interscope Geffen A&M Records, and was aware that I was Mr. Leslie's exclusive manager at that time, that I resided in Rhode Island and that my management business was based in Rhode Island.

11. That in or about March, 2001, as a result of the meetings with Mr. Iovine, Interscope Geffen A&M Records and Mr. Leslie did enter into a Term Production Agreement.

12. That in 2001, as Mr. Leslie's manager, I accompanied Mr. Leslie at the Teen People Magazine music contest ("Event") at the Apollo Theatre in Harlem, NY.

13. That I met Defendant Gwen Niles at the Event.

14. That Defendant Niles advised me that she had worked for Bad Boy Entertainment.

15. That Defendant Leslie and I made clear to Defendant Niles at that Event and on other occasions, that I was Mr. Leslie's exclusive manager, that I was from Rhode Island and that my business was located in Rhode Island.

16. That nevertheless, at that Event and on other occasions, Defendant Niles sought to interfere with my management relationship with Mr. Leslie. At the Event, she gave him her business card and requesting that he contact her to pursue a management relationship with him.

17. That in 2001, as Mr. Leslie's manager, I spoke to Defendant Niles in an effort to obtain production and publishing deals for Mr. Leslie. That Defendant Niles knew that I was Mr. Leslie's exclusive manager yet she continued to make efforts to interfere with my management contract with Mr. Leslie.

18. That in 2002, as Mr. Leslie's manager, I accompanied Mr. Leslie to Los Angeles in order to attend several music business meetings. At that time, Mr. Leslie met with Defendant Woods and Defendant Niles.

19. That Defendant Woods was employed by Casablanca Records.

20. That I believe that Defendant Mottola owned Casablanca Records.

21. That I understand that as of 2003, Defendant Niles was re-employed by Bad Boy Entertainment.

Sworn to under the pains and penalties of perjury.

Richard Sostre

Sworn and subscribed to in the City/Town of Cranston, State of Rhode Island, before me this 12th day of October, 2007.

Notary Public

My commission expires: 7/18/2010

# EXHIBIT C

More bang for your business. ROLLOVER FOR DETAILS COX Business

All Download reliable legal agreements.

Sign In | | Free Newsletters

Search AllBusiness Search ▸

Home | Business Advice | Professional Journals | Business Bloggers | Forms & Agreements | Industry Centers | Business Directory | Tools & Services

# Casablanca Names Woods To Key Post

**Publication:** Billboard Bulletin
**Date:** Monday, November 17 2003

Casablanca Records has named Edward L. Woods as executive VP of black music, reporting to label founder and chairman Thomas D. Mottola. Woods, who is based in New York, co-founded the entertainment-law division of Woods & Middleton; he will retain his practice there, in addition to his Casablanca duties. Prior to that, Woods co-founded the law firm of Osse & Woods. His clients have included Kelly Price, DMX, FUBU Records and Bad Boy Hitmen Producers.

**Retail Systems for Sale**
Compare Prices & Features and Save Visit Now for Free Price Quotes
www.BuyerZone.com/RetailPOS

**INCREASE RETAIL SALES**
Supply chain data and analysis Decision-making solutions
www.compliancenetworks.com

Ads by Google

In addition, make sure to read these articles:

End Of An Era At Sony, As Mottola Exits For New Label
Mystery Suitor Has Eyes For Spec's Music Chain
Universal Ready To Post Its New Executive Lineup
NBC Veteran Named Sony Music Chief
Sweet Marketing Deal For Thalia, Hershey

T T T Print Email Digg It del.icio.us

BUSINESS DIRECTORY LISTINGS See More

**Retail Store**
Search an extensive database of retail store listings. Search Office, Land, Industrial, Multifamily and Retail listings!

**Store Fixtures**
Provider of retail store fixtures. Offers a catalog signup, secure online or phone ordering, and same day shipping service.

**2020software.com: Retail Software**
Provides free demos and selection help for accounting, manufacturing, ERP, CRm, HR, and Enterprise Software.

**Retail Management Software Directory**
Compare retail management software using Capterra's free, comprehensive directory.

**Retail Software Solutions**
Offers ActiveX/.NET integration and PC or browser-based terminal emulation. POS terminal integration case study and free trial download available.

Search the Business Directory:

# EXHIBIT D




**Record Label**
Shiv Pandya
NextSelection Lifestyle Group
156 West 136th Street, Second Floor
New York, New York 10030
shiv@nextselection.com

**Producer Management**
Gwen Niles/Sean "Diddy" Combs
Bad Boy Entertainment
gniles@badboyworldwide.com
(212) 381-2095

**Artist Management**
Ed Woods/Tommy Mottola
Casablanca Music/Champion Entertainment
745 Fifth Avenue, Suite 800
New York, NY 10151
edwoods@casablanca-music.com
(212) 471-4042

**Business Management/Accounting**
Tony Napolitano
3665 Merrick Road
Seaford, NY 11783
napcpa@juno.com
(516) 783-9600

**Publishing**
Barbara Wesotski
Aspen Songs/NextSelection Music Publishing
barbara@casablanca-music.com
(212) 471-4045

**Booking/Talent & Literary Agency**
Jeff Frasco
Creative Artists Agency
9830 Wilshire Boulevard
Beverly Hills, CA 90212-1825
jfrasco@caa.com
(310) 288-4545

# EXHIBIT E

Case 1:07-cv-00289-ML-LDA Document 16-2 Filed 10/16/2007 Page 22 of 39

HispanicBusiness.com

# Universal Music Group Announces New Venture with Thomas D. Mottola; Universal Motown Records to Distribute Casablanca Label

7/8/2003

NEW YORK--(HISPANIC PR WIRE - BUSINESS WIRE)--July 8, 2003--Universal Music Group, the world's leading music company, has entered into an exclusive venture with Thomas D. Mottola to launch Casablanca Records, it was announced today by Doug Morris, Chairman & CEO of Universal Music Group, Mel Lewitner, Chairman & CEO of Universal Motown Records Group, and Mr. Mottola.

"We are delighted to be in business with Tommy and his dynamic team at Casablanca," stated Mr. Morris. "For over a decade, he was the heart and soul of Sony's creative success. Tommy brings to the company the same innovation and creativity that have been the hallmarks of everything he's done in his storied career."

"I have looked closely at the many opportunities which have been offered to me over the last several months, but none have had the right combination of elements to attract me like the one from Universal," commented Mr. Mottola. "I could not ask for a better partner than Doug; our close friendship began over twenty years ago, and I am thrilled to be working with him now. I am also looking forward to working with Mel, whom I respect greatly, and the entire Universal Motown Records team to grow Casablanca into a worldwide success."

"Tommy is a remarkably creative talent in his own right, who possesses the intuitive ability to build, strengthen and transform artists into powerful global brands," added Mr. Lewinter. "And under his leadership, we are confident that Casablanca will provide the kind of organic environment needed for artists to develop, while at the same time benefiting from Universal Motown's unique support system."

As one of the most highly regarded and influential executives in the worldwide entertainment business, Mr. Mottola most recently served as Chairman and CEO Sony Music Entertainment. During his tenure, he transformed Sony into one of the most successful global music companies in history, expanding its businesses in over 60 countries, while creating one of the strongest management teams in the industry. Along the way, he developed and nurtured many of contemporary music's top icons, from Celine Dion, Barbra Streisand, Bruce Springsteen, Billy Joel, Gloria Estefan and Aerosmith, to Destiny's Child, Jennifer Lopez, Mariah Carey, Nas, the Dixie Chicks, Shakira and Marc Anthony, among many others.

A renowned trendsetter, Mr. Mottola has also been at the forefront of driving popular culture, creating a number of highly successful strategic co-branding initiatives, including superstar Celine Dion's marketing partnership with Chrysler and an unprecedented and multifaceted global marketing campaign with Pepsi. Moreover, he revitalized Sony Music's publishing division by securing the much sought after acquisition of Sony Tree and enabled Sony to become the first major music company to make available commercial digital downloads.

Mr. Mottola joined Sony (then CBS Records) in 1988 at age 37 as President of CBS Records, making him the youngest President in CBS history. A year later, after a restructuring of the company, he was named President of Sony Music. And in 1993, he was named Chairman and CEO of Sony Music Entertainment. Prior to joining CBS, Mr. Mottola was one of music's most prominent artist managers, who successfully launched the careers of such chart-toppers as Hall & Oates, Carly Simon and John Mellencamp.

Most recently, Mr. Mottola branched out into television production when leading music channel VH-1 approached him about developing a reality based television program centered around his unprecedented track record for discovering, nurturing and transforming female artists into worldwide superstar divas. Serving as Executive Producer, Mr. Mottola and VH-1 debuted Born to Diva earlier this year and enjoyed immediate success. Detailing an intercontinental musical search for the next diva, the program quickly garnered critical acclaim and launched its own dedicated following of fans through thousands of pieces of mail and hundreds of web sites from around the world.

Known also for his many philanthropic activities, Mr. Mottola serves on the Board of Directors of the National Center for Missing and Exploited Children, the Police Athletic League, T.J. Martell Foundation for Cancer, Leukemia and AIDS Research, the Rock and Roll Hall of Fame Foundation and Museum, and the Federal Law Enforcement Foundation.

Universal Music Group is the world's leading Music Company with wholly owned record operations or licensees in 71 countries. Its businesses also include Universal Music Publishing Group, one of the industry's largest global music publishing operations.

Universal Music Group consists of record labels Decca Record Company, Deutsche Grammophon, Interscope Geffen A&M Records, Island Def Jam Music Group, Lost Highway Records, MCA Nashville, Mercury Nashville, Mercury Records, Philips, Polydor, Universal Music Latino,

Universal Motown Records Group, and Verve Music Group as well as a multitude of record labels owned or distributed by its record company subsidiaries around the world. The Universal Music Group owns the most extensive catalog of music in the industry, which is marketed through two distinct divisions, Universal Music Enterprises (in the U.S.) and Strategic Marketing and Commercial Affairs (outside the U.S.). Universal Music Group also includes eLabs, a new media and technology division.

Universal Music Group is a unit of Vivendi Universal, a global media and communications company.

**Source:** Hispanic PR Wire

# EXHIBIT F

Case 1:07-cv-00289-ML-LDA Document 16-2 Filed 10/16/2007 Page 25 of 39



# Tommy Mottola

From Wikipedia, the free encyclopedia

| Tommy Daniel Mottola, Jr. | |
|---|---|
| **Born** | July 14, 1949<br>Bronx, New York, USA |
| **Spouse** | Lisa Clark (1971-1990)<br>Mariah Carey (1993-1998)<br>Thalía (2000-) |

**Thomas Daniel 'Tommy' Mottola** is a music executive and co-owner of Casablanca Records in a joint venture with the Universal Music Group and former husband of singer Mariah Carey. He headed Sony Music Entertainment, parent of the Columbia label, for nearly 15 years.

Apart from his experience in managing music outfits, Mottola is known as a mentor and former talent manager. His most famous proteges were Hall & Oates, Carly Simon, John Mellencamp, Dr. Buzzard's Original Savannah Band, Diana Ross, and Taylor Dayne in the 1970s and 1980s, Mariah Carey (later his wife) in the 1990s, and Thalía Sodi (his later wife) in the early 2000s.

Mottola was born in the Bronx, New York, USA and raised by a strict but music-loving family. Mottola learned to play the trumpet, and polished his smooth tenor voice. He attended Iona Preparatory School in New Rochelle, New York, graduating in 1967. He briefly attended Hofstra University in Hempstead, New York before dropping out. He initially had aspirations of a music career, and released with CBS Records, but his singing career was short-lived.

Wishing to stay in the industry, the enterprising Mottola started Champion Entertainment Organization Inc. to manage other artists. While working at the Chappell music-publishing company, he became the mentor to Philadelphia-based soul/rock performers Daryl Hall and John Oates, engineering their rise from a blue-eyed soul act with a few hits, to the most successful duo in American pop music history.

His belief in the duo led him to push them relentlessly to do appearances and advertising promotions, including some of the first specialized music videos and one of the first modern "sponsored tours," for Beech-Nut's Care Free Gum, Panasonic, and Pontiac..

Hall & Oates paid tribute to him in their track "Gino (the Manager)" on their self-titled 1975 RCA release, better known as the Silver Album. Mottola also figured -- this time, being mentioned by name -- in "Cherchez La Femme," the 1976 dance hit by another Mottola act, Dr. Buzzard's Original Savannah Band. ("Tommy Mottola / Lives on the road...")

## The Entertainment Man

As one of the most highly regarded and influential executives in the worldwide entertainment business, Thomas D. Mottola most recently served as Chairman and CEO Sony Music Entertainment. During his tenure, he transformed Sony into the most successful global music companies in history, expanding its businesses into over 60 countries, while creating one of the strongest management teams in the industry. Moreover, he revitalized Sony Music's publishing division by making such acquisitions as the Beatles catalogue and enabled Sony to become the first major music company to make available commercial digital downloads. He is widely well-known for signing, developing, and nurturing the careers of Mariah Carey, Celine Dion, Destiny's Child, Jennifer Lopez, Shakira, Dixie Chicks, Marc Anthony, Barbra Streisand, Bruce Springsteen, Billy Joel, among many others.

Mottola, a brand unto himself, engineered the most successful music company in history globally branding more worldwide icons than any other single executive ever in the business. He was the first to use all of his resources in corporate America; television, film, politics etc… to leverage, co-market, advertise and publicize all of his creations.

Since leaving his post as chief of Sony Music, Mottola has been building a new entertainment company, complete with recorded music, television production, theater, and fashion, alongside a branding and management company launching and re-launching the various careers of such artists as Usher whose "Confessions" release has sold over 15 million

copies to date world wide, Grammy winner and Latin pop star Marc Anthony, and teen sensation Lindsay Lohan. In addition to these superstars 2006 saw Cassie Ventura #1 for seven weeks and Mottola's most recent signing, Mika, is emerging to be the world wide success story of 2007 as his current single resides at #1 on the UK charts.

A collaboration with former Miramax chief Harvey Weinstein has them teamed on two current projects for live theater, namely producers of Pink Floyd's *The Wall*. Mottola's TV production arm is currently producing and developing many shows for cable and network television.

Known also for his many philanthropic activities, Mottola has served on the Board of Directors of the National Center for Missing and Exploited Children, the Police Athletic League, T.J. Martell Foundation for Cancer, Leukemia and AIDS Research, the Rock and Roll Hall of Fame Foundation and Museum, and the Federal Law Enforcement Foundation.

## CBS/Sony years

Mottola left the agency in 1988, when he was picked to run CBS Records at the age of 37.

Soon afterward, Sony Corporation closed on its deal to buy the CBS Records group unit from CBS, naming him President and CEO of the music division, where he succeeded his former mentor Walter Yetnikoff, who had originally brought Mottola into CBS.

In 1989, Brenda K. Starr, a Columbia artist, handed Mottola a demo tape from one of her backup singers. Initially he tossed it aside, but later decided to listen to it. So awestruck was he by her polished coloratura soprano, he tracked down the singer, a then-unknown Mariah Carey, immediately signing her and starting one of the most expensive promotion campaigns ever for a new artist. In 1993, Mottola married Carey in a lavish ceremony. Mottola is seen as the main architect for Mariah's phenomenal success in the early years of her career – The marriage was short-lived - by 1998 they divorced. In 2000, with one album on her record contract remaining, Carey (at the time Columbia's biggest selling artist) signed an $80 million contract with Virgin records. Mottola later went on to date other stars before dating Latin singer Thalía, whom he married in December 2000. He is credited with creating the Latin Explosion in popular music by championing such Sony artists as; Gloria Estefan, Marc Anthony, Ricky Martin, Jennifer Lopez, and Shakira. Additionally Mottola was the architect for some of Sony biggest global brands including Celine Dion. During is 15 year tenure Mottola built Sony from an 800 million dollar a year company to over 6 billion by the year 2000.

## After Sony

Tommy Mottola was the head of Sony Music Entertainment until January 2003. Mottola quickly bought out the rights to Casablanca Records (a then-diminished imprint of Polygram), and resurrected it, signing actress Lindsay Lohan and later MIKA.

Retrieved from "http://en.wikipedia.org/wiki/Tommy_Mottola"

Categories: Articles lacking sources from March 2007 | All articles lacking sources | 1949 births | Mariah Carey | Living people | People from New York | People from New York City | People from the Bronx | American music industry executives | Italian-Americans | Converts to Judaism


- This page was last modified 16:46, 27 May 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.

# EXHIBIT G

Case 1:07-cv-00289-ML-LDA Document 16-2 Filed 10/16/2007 Page 28 of 39

fye.
for your entertainment

Cart 0 items | Login | My Account | Order Status | Wishlist 0 Items | Help

Specials | Backstage Pass | Find a Store Near You | Gift Cards | Store Events | Wanna Win | Localeyez | Careers

Search | Entire Site | GO »

**Sign in here**. If you don't have an account **click here** to create one today.

Search Music: Artist or Title
Search Movies: Artist or Title
Search Games: Platform or Title
SEARCH »




**Blu-ray & HD**







**WEBKINZ**


CLICK HERE

**Meet the Robinsons**

$12.99*
BLU-RAY
$20.99*
*after rebate
CLICK HERE

**The Sopranos**

$59.99*
BLU-RAY
OR HD
$79.99*
CLICK HERE

**SEINFELD**

Season 9
& the
Complete
Series
CLICK HERE

**Guitar of the Week**




**Newsletter Signup**

Enter your email to be added to our special offers newsletter.

*You must be at least 13 years of age to submit your email address.

GO »

## Music



Rock
Country
Rap
Dance
Latin
Heavy Metal
more...

- New Releases
- Pre-orders
- Top Sellers

## DVDs




Television
Anime
Comedy
Box Sets
Horror
Children's
more...

- New Releases
- Pre-orders
- Top Sellers

**Music**

**Movies**

**Games**

**Electronics**

**Books**

## Games

Wii
PS3
Xbox 360
Nintendo DS
PS2
Xbox

## Top Pre-orders

TV on DVD
WWE
Pirates III
Ratatouille
Spider-Man 3
Transformers

**Used**

**Media Storage**

**Features This Week**







Enter to Win








PC Games
more...

- Halo 3
- NBA Live 08
- Systems



Plant/Krauss
The Sopranos

- Music Pre-orders
- DVD Pre-orders
- Game Pre-orders




**Order Information**

- Track your previous orders.
- View or change your orders in Your Account
- Questions about your orders?

**Shipping & Returns**

- Shipping rates, timeframes & policies.
- Need to Return an item? Check out our Returns Policy first.

**Need Help**

- New customer? Click here to learn about searching, browsing, and shopping at our store.
- Forgot your password? Click here.

VeriSign Secured VERIFY

TRUSTED COMMERCE

fye

Order Status | Gift Cards | Login | Cart | Stores | Help | Careers | Terms of Service | Privacy Policy | Press Releases

AMG © 2006 All Media Guide LLC. Portions of content provided by All Music Guide®, All Movie Guide® and All Game Guide, trademarks of All Media Guide, LLC

Copyright 2003-2007 All rights reserved.

Case 1:07-cv-00289-ML-LDA Document 16-2 Filed 10/16/2007 Page 30 of 39



Posters



Click here to buy Posters

Top Sellers



**Timbaland Presents Shock Value**
Timbaland
Our Price: $13.99



**The Reminder**
Feist
Our Price: $12.99



**Boys Like Girls**
Boys Like Girls
Our Price: $9.99



**All We Know Is Falling**
Paramore
Our Price: $12.99

» see all

Recently Viewed



**Life In Cartoon Motion [Bonus Track]**
Mika
**Format:** CD
**Release Date:** 03/27/2007
**Our Price:** $12.99

Click here to buy Sheet Music




Zoom

# Life in Cartoon Motion
[Bonus Track]

Mika
**Format:** CD
**Release Date:** 03/27/2007
**Record Label:** Casablanca/Universal Republic
**UPC:** 602517205871
**Product Id:** 11976147
**AMG Rating:** ★★★
**Genre:** Rock
**Style:** Alternative Pop/Rock

email a friend add to wishlist

| New | Used |
|---|---|
| Regular Price:$14.79<br>**Our Price: $12.99**<br>You Save: $1.80 (12%)<br>Availability: In Stock<br>BUY » | Currently Unavailable Used |

Track Listings

| Title | Listen | |
|---|---|---|
| 1. **Grace Kelly** - MIKA | | |
| 2. **Lollipop** - MIKA | | |
| 3. **My Interpretation** - MIKA | | |
| 4. **Love Today** - MIKA | | |
| 5. **Relax (Take It Easy)** - MIKA | | |
| 6. **Ring Ring** - MIKA | | |
| 7. **Any Other World** - MIKA | | |
| 8. **Billy Brown** - MIKA | | |
| 9. **Big Girl (You Are Beautiful)** - MIKA | | |
| 10. **Stuck in the Middle** - MIKA | | |
| 11. **Erase** - MIKA | | |
| 12. **Happy Ending** - MIKA | | |

Explore This Album

Explore This Artist >>

Overview | Review | Production Credits | Similar Music | Album Release Info

**Rating:** ★★★
**Genre:** Rock
**Release Date:** 03/27/2007

Mika's vivid, aptly named debut album, Life in Cartoon Motion, borrows and builds on the glittery, glamorous, and not-so-secretly sentimental musical territory carved out by Elton John and Freddie Mercury, or more recently, Rufus Wainwright and the Scissor Sisters. Fortunately, his name-dropping, shape-shifting **pop** is usually good, and genuine, enough to come across as eloquent homage rather than blatant thievery or a tired rehash. Mika's singles are his most charming moments, especially the instant sunshine of **"Grace Kelly,"** which crams tap-dancing rhythms, filmic dialogue, Elton's pianos, Freddie's vocal harmonies, and Brian May's guitars into just over three minutes. **"Relax (Take It Easy)"** is in the same vein of hypnotic, danceable melancholy as the Scissor Sisters' reworking of **"Comfortably Numb,"** albeit less showy, while **"Billy Brown"**'s brass arrangement, flowing melody, and soft-shoe rhythms give it the feel of an unusually witty **show tune** about pre-life crises and living in the closet. As Life in Cartoon Motion unfolds, it reveals more of Mika's musical identity, both for better and worse. His **classical** piano training gives the album an appealing fluidity, especially on **"Any Other World,"** and lilting, **Afro-pop-**inspired guitars and harmonies pop up here and there, most effectively on **"Big Girl (You Are Beautiful)."** However, while Life in Cartoon Motion has lots of enthusiasm and creativity, it doesn't have a lot of nuance. On songs like **"Lollipop"** and **"Love Today,"** Mika straddles the line between adorable and annoying. And as the overly long, overwrought **"Erase"** shows, he also doesn't have quite the masterful touch with gentler songs that his influences possess. As admirable as Life in Cartoon Motion's eclecticism is, it could use more focus -- something that songs like the jaunty breakup song **"Stuck in the Middle"** and angry rocker **"Ring Ring"** suggest Mika is developing. While more restraint could've taken the album from good to great, its Technicolor, everything-at-once, borderline overdone feel makes it a fitting portrait of Mika as a young artist.

~Heather Phares, All Music Guide

**Order Information**

- Track your previous **orders.**
- View or change your orders in **Your Account**
- Questions **about your orders?**

**Shipping & Returns**

- **Shipping rates, timeframes & policies.**
- Need to Return an item? Check out our **Returns Policy** first.

**Need Help**

- New customer? **Click here** to learn about searching, browsing, and shopping at our store.
- Forgot your password? **Click here.**

fye

Order Status | Gift Cards | Login | Cart | Stores | Help | Careers | Terms of Service | Privacy Policy | Press Releases

AMG © 2006 All Media Guide LLC. Portions of content provided by All Music Guide®, All Movie Guide® and All Game Guide, trademarks of All Media Guide, LLC

**Copyright 2003-2007 All rights reserved.**

newburycomics.com

cart | login | help | retail locations

Newsletter Sign Up

Search Music DVDs Rock Posters More

Search Here For:

CDs by Artist

Advanced Search Go!

Home
Gift Cards

**Music - CDs**

Autographed CD Booklets
Limited Edition Pint Glasses
New Release CDs
Future Releases
Top 25 CDs
Top 25 Indie CDs
Instant Live CDs
Indie Retail Exclusive CDs
Browse CDs by Artist

**Movies - DVDs**

Spider-Man 3 Pint Glass Special Offer
Planet Terror Pint Glass Special Offer
Top 25 DVDs
SCTV DVD Sale

**Fun Stuff**

Dark Tower Pre-Order Special Offer
Exclusive Toys & Collectibles
Rock Tour Posters
Doctor Who
Nightmare Before Christmas
Harry Potter
Designer Toys
Wicked Fun Stuff
Action Figures
Boston Red Sox
Ugly Dolls
Newbury Comics Merchandise

Click Here To Sign Up For The Newbury Comics Email Newsletters










**Great Selection of Rock Posters**
**Over 1,000 Prints!**



**Autographed CD Booklets & 7" Vinyl**



**Limited Edition Pint Glasses**




**This Week's New Release CDs**

Check out the special limited edition pre-orders below!



**Dark Tower: The Gunslinger Born**
Graphic Novel
**$24.99 with Limited* Autographed Comic**



**Spiderman 3**
Widescreen/Fullscreen
**$21.99 DVD Limited Edition Pint Glass**



**Senses Fail**
Still Searching
*Deluxe Edition*
**$14.99 CD Limited* Autographed Booklet**



**Rob Zombie**
Zombie Live
**$12.99 CD Limited* Autographed Booklet**




**Insane Clown Posse**
Jugganauts: Best Of
**$12.99 CD Limited* Autographed Booklet**



**Elvis Presley**
Elvis #1 Hit Performances
**$11.99 DVD Limited Edition Pint Glass**




**Tokyo Police Club**
Smith EP
**$6.99 CD Limited* Autographed Booklet**




**Graham Colton**
Here Right Now
**$9.99 CD Limited* Autographed Booklet**

**Website Info**

Customer Service/ Contact Us
About Us
Frequently Asked Questions
Online Contests

**Store Info**

Retail Locations
In-Store Appearances
Sign up for the Newbury Comics E-Mail Newsletter
Consignment
SHOOTENANNY
newburycomics.com/hatchet



**Coheed and Cambria**
No World For Tomorrow
**$9.99 CD Limited Edition Pint Glass**



**Buck 65**
Situation
**$12.99 CD Limited* Autographed Booklet**



**Crime In Stereo**
Crime In Stereo Is Dead
**$9.99 CD Limited* Autographed Booklet**




**Nonpoint**
Vengeance
**$12.99 CD Limited* Autographed Booklet**




**Carbon/Silicon**
The Last Post
**$13.99 CD Limited* Autographed Booklet**




**Thursday**
Kill The House Lights
**$13.99 CD Limited* Autographed Booklet**



**Otep**
The Ascension
**$13.99 CD Limited* Autographed Booklet**



**Grizzly Bear**
Friend
**$8.99 CD Limited* Autographed Booklet**




**Paul Oakenfold**
Greatest Hits and Remixes
**$14.99 CD Limited* Autographed Booklet**



**The Color Fred**
Bend To Break
**$10.99 CD Limited* Autographed Booklet**



**Armor For Sleep**
Smile For Them
**$11.99 CD Limited* Autographed Booklet**



**Skindred**
Roots, Rock, Riot
**$12.99 CD Limited* Autographed Booklet**

**World Party**
Best In Show
**$11.99 CD Limited* Autographed Booklet**

Check out our Wicked Cool Music Lounge.
Hear new music, watch videos, enter contests and more!



**Boston Red Sox T-Shirts & Gear**



**Action Figures & Exclusive Collectibles**



**Newbury Comics Merchandise**



**Brand New Ugly Dolls**

Home | Search | Cart | Login

Sign up for email updates [ ] Submit

**Prices on newburycomics.com do not reflect pricing in Newbury Comics retail locations.**
Site Hosted by **Buy Music Here**.
© 2000-2007, Moonshadow eCommerce Inc. Patents Pending.
Portions of content copyright 1948-2007, Muze Inc.
All rights reserved.

cart | login | help | retail locations
Newsletter Sign Up

Search Music DVDs Rock Posters More

Search Here For:
CDs by Artist
Advanced Search Go!

Home
Gift Cards

**Music - CDs**
Autographed CD Booklets
Limited Edition
Pint Glasses
New Release CDs
Future Releases
Top 25 CDs
Top 25 Indie CDs
Instant Live CDs
Indie Retail
Exclusive CDs
Browse CDs by Artist

**Movies - DVDs**
Spider-Man 3 Pint Glass
Special Offer
Planet Terror Pint Glass
Special Offer
Top 25 DVDs
SCTV DVD Sale

**Fun Stuff**
Dark Tower Pre-Order
Special Offer
Exclusive Toys & Collectibles
Rock Tour Posters
Doctor Who
Nightmare Before Christmas
Harry Potter
Designer Toys
Wicked Fun Stuff
Action Figures
Boston Red Sox
Ugly Dolls
Newbury Comics

# Mika - *Life In Cartoon Motion* *




**Performer** Mika
**Title** Life In Cartoon Motion *
**UPC** 60251720587
**Genre** Rock & Pop
**Released** 03/27/2007

**CD**
List Price $10.99
**Our Price $8.95**
You Save $2.04
Qty. 1
**Buy New - Add to Cart**
Usually ships in 2-3 business days.

## Track Listing - click icons to preview tracks in Windows Media Player.

1 **Grace Kelly**
2 **Lollipop**
3 **My Interpretation**
4 **Love Today**
5 **Relax (Take It Easy)**
6 **Ring Ring**
7 **Any Other World**
8 **Billy Brown**
9 **Big Girl (You Are Beautiful)**
10 **Stuck In The Middle**
11 **Erase**
12 **Happy Ending**
13 **Over My Shoulder**

## Notes / Reviews

On his 2007 debut, LIFE IN CARTOON MOTION, U.K.-based performer Mika (born Michael Holbrook Penniman) offers up a set of songs as vibrant and bold as the album's colorful cover. Boasting a multi-octave vocal range, Mika readily recalls both Queen's Freddie Mercury and the Bee-Gees, and like those artists, the young singer/pianist glides effortlessly between buoyant glam-tinged pop ("Grace Kelly") and falsetto-wielding disco ("Love Today"), making LIFE one of the most curiously impressive radio-friendly releases of the year.

Rolling Stone (p.74) - 3 stars out of 5 -- "[H]e serves up huge, ultraflamboyant razzle-dazzle, often transmitted through pounded piano..."

Spin (p.88) - 3.5 stars out of 5 -- "[T]his U.K.-chart-topping magpie makes good with bountiful tunes and Broadway vocal dazzle..."

Q (p.113) - 3 stars out of 5 -- "'Any Other World' is an orchestrated piece in the style of Rufus Wainwright, and 'Happy Ending' is sweet and highly original pop."

Mojo (p.100) - 3 stars out of 5 -- "For anyone who fancies an irresistible mix of vaudeville and disco, this is just perfect."

## Details

**Performers** Mika
**Producer** Mika, Greg Wells, John Merchant, Jodi Marr
**Label** Universal Republic
0008352

Merchandise

**Website Info**

Customer Service/
Contact Us

About Us

Frequently Asked Questions

Online Contests

**Store Info**

Retail Locations

In-Store Appearances

Sign up for the Newbury
Comics E-Mail Newsletter

Consignment

SHOOTENANNY

newburycomics.com/hatchet

| | |
|---|---|
| **Catalog #** | |
| **SPAR Code** | n/a |
| **Year of Original Release** | 2007 |
| **Mono/Stereo** | Stereo |
| **Studio/Live Performance** | Studio |
| **Distributor** | Universal Distribution |
| **# of Discs** | 1 |

Home | Search | Cart | Login

Sign up for email updates [ ] Submit

**Prices on newburycomics.com do not reflect pricing in Newbury Comics retail locations.**
Site Hosted by **Buy Music Here.**

© 2000-2007, Moonshadow eCommerce Inc. Patents Pending.
Portions of content copyright 1948-2007, Muze Inc.
All rights reserved.

# EXHIBIT H




# NEWS

**December.20.2005**
**New Lindsay Lohan Media Player**
Preview tracks from Lindsay's new album and more with her NEW Media Player. **CLICK HERE**

**December.19.2005**
**Teen People Lindsay Lohan Contest**
Lindsay sang her confessions on *A Little More Personal (raw)*. Now Teen People wants to hear YOUR confessions. All you have to do is share one of your confessions with them. Tell them something you did, then regretted - in 100 words or less.

The most heartfelt (non-scary) confession wins a personalized SPEAK platinum plaque and copy of Lindsay's new album. **ENTER TEEN PEOPLE CONTEST HERE**

**December.19.2005**
**New Lindsay Lohan Contest**
Enter to win a personalized plaque from Lindsay's platinum debut SPEAK, and Special Edition Pink T-Mobile Sidekick II! **ENTER HERE**

**December.7.2005**
**Lindsay in Teen People 12/07**
Read about Lindsay's TRL appearance this week w/ a brief interview in Teen People. **Click Here**

**December.7.2005**
**Lindsay Lohan AIM interview on AOL Music**
Check out Lindsay's AIM interview on AOL Music, chatting about writing music from the heart, her influences, and just being big sis! **Click Here**

**December.6.2005**
**A Little More Personal (raw) In Stores**
Finally, Lindsay's long awaited sophmore album *A Little More Personal (raw)* is in-stores today 12/6. Buy at **Amazon**, **iTunes**, **Napster**, **Real**, **MSN**, and **Yahoo!**

**December.6.2005**
**Lindsay Lohan will be co-hosting TRL TODAY 12/06!**
In celebration of her 2nd album release, Lindsay Lohan will be co-hosting TRL today...
Tune into MTV @ 5 PM EST to catch it!

**December.5.2005**
**Vote Lindsay for MSN's Artist of the Month**
Lindsay is up for MSN's Artist of the Month. **Click here to VOTE**

**November.29.2005**
**Listen to Lindsay's new album *A Little More Personal (raw)***
Her album hits stores next week, but we are giving you a chance to listen to the whole album right now only on The Leak at MTV.com!
Listen **HERE**

**November.29.2005**
**Lindsay Lohan Album Pre-Order on iTunes with EXCLUSIVE Extra Track**
From now until 12/06, if you pre-order A Little More Personal(RAW) on iTUNES you will receive a FREE EXCLUSIVE REMIX of "Confessions of a Broken Heart" with the album! After 12/6 the extra track will not be available, so PRE-ORDER TODAY **HERE.**
Listen to the remix track at **MP3.com**



**LINDSAY LOHAN *LINDSAY LOHAN A LITTLE MORE PERSONAL (RAW)* IN STORES NOW**

JOIN THE MAILING LIST

© 2007 Casablanca Records

Privacy Policy

Sign up here and you will have the chance to be the one of the first people to hear about special promotions, news, tour ticket info and contests!

**First Name**

**Last Name**

**Email** (required)

**Address 1**

**Address 2**

**City**

**Country** United States

**State/Province** -select-

**Zip/Postal Code** (required)

**Birthdate** (required) Month / Day / Year

**Gender** ○ Male ○ Female

Get more info on Universal Motown Records artists and other new stuff.

- ☐ Cube@UMRG (Kick back with some tunes, find out what's going on with UMRG's adult contemporary artists)
- ☐ Student Union@UMRG (Go ahead, take a study break with the latest and greatest from UMRG's alternative artists)
- ☐ Tha Club@UMRG
- ☐ Locker@UMRG (Get all the latest news from UMRG's pop artists & be the coolest kid in school)
- ☐ Motown Lounge@UMRG (Smooth out your day with UMRG's R&B and Soul artists)
- ☐ Riot Zone@UMRG (Crank up the volume with touring and other info on UMRG's rock artists)

---

SUBMIT

Privacy Policy

© 2004 Universal Records