UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICHARD SOSTRE, Plaintiff, -against- ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity, Defendants. | C.A. No. 07-289 |

**DECLARATION OF DEREK FERGUSON**

I, DEREK FERGUSON, hereby declare as follows:

1. I am an officer of Bad Boy Entertainment, Inc. ("BBE"). I have personal knowledge of the matters discussed in this declaration and, if called upon, I could and would testify to each of the statements made herein.

2. I submit this declaration in support of this motion to dismiss the complaint, dated June 8, 2007 (the "Complaint"), pursuant to Rule 12(b) (2), Fed. R. Civ. P., for lack of *in personam* jurisdiction over BBE.

3. As defendant Sean Combs stated in his declaration, BBE is a passive entity, as it is a holding company of stock, partnership and trust interests. BBE is not authorized to do business in Rhode Island and does not conduct any business in the state or have any authorized representative acting on its behalf in Rhode Island. It also has no telephone listings, mailing address or P.O. Box in

Rhode Island. Furthermore, it does not pay state or local taxes in Rhode Island. BBE is not engaged in the management of artists or producers.

4. BBE and Bad Boy Records, LLC ("BBR") are separate and distinct entities.

5. BBR is engaged in the recording, marketing and selling of records. It has never been engaged in the management or representation of artists or producers of recorded music.

6. Defendant Gwen Niles is not an employee of BBE. She was and is an employee of BBR. Ms. Niles does not manage artists or producers on behalf of BBR.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York, on this 23 day of October, 2007.

DEREK FERGUSON