UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RICHARD SOSTRE,

Plaintiff,

vs.

ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,

Defendants.

CA #07-289ML

MOTION FOR ADMISSION PRO HAC VICE

Defendants The Mottola Co., Inc., Champion Entertainment Group, Inc. and Thomas Mottola, individually and in his official capacity, hereby move that Kimo S. Peluso, Esquire be admitted *Pro Hac Vice* in the above case as counsel with local counsel identified below.

J. Scott Kilpatrick, Esquire (#4036)
Chisolm Chisholm & Kilpatrick LLP
One Turks Head Place – Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile
Jskilpatrick@cck-law.com

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I, Kimo S. Peluso, hereby certify as follows:

1. I am a member in good standing of the bar of the State of New York and of the United States District Courts for the following districts: the Eastern District of New York, the Southern District of New York and the District of Colorado. My eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* admission revoked by any court.

3. I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

4. I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past twelve (12) months.

5. I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purpose of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in L R Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Kimo S. Peluso, Esquire
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10036
(212) 790-4500 (phone)
(212) 790-4545 (fax)

I certify that I have read and join in the foregoing motion and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
(401) 331-6300 (phone)
(401) 421-3185 (fax)
Jskilpatrick@cck-law.com

ORDER:

This motion is hereby:

______________________________
District Judge

Dated: ____________________

**CERTIFICATION**

I hereby certify that I mailed a copy of the within on the 25th day of October, 2007 to Louise A. Herman, 129 Dyer Street, Providence, RI 02903, Martha Holt, Esq., Edwards Angell Palmer & Dodge LLP, 2800 Financial Plaza, Providence, RI 02903, L. Peter Parcher, Esq., Kimo S. Peluso, Esq., Manatt, Phelps & Phillips, LLP, 7 Times Square, New York, NY 10036Jonathan Davis, Esq., Jonathan Davis, PC, 99 Park Avenue, Suite 1600, new York, NY 10016, Elaine Johnson James, Esq., Edwards Angell Palmer & Dodge LLP, One North Clematis Street, Suite 400, West Palm Beach, FL 33401, Virgil Roberts, Esq., 6100 Center Drive, Suite 910, Los Angeles, CA 90045

Cynthia A Rogers