UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICHARD SOSTRE,<br><br>*Plaintiff*,<br><br>v.<br><br>ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPIONENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,<br><br>*Defendants*. | C.A. No. 07-289ML |

**MOTION FOR ADMISSION PROC HAC VICE**

Defendants UMG Recordings, Inc., incorrectly sued herein as "Universal Music Group, Inc.," and Casablanca Records LLC, incorrectly sued herein as "Casablanca Records," move that Elaine Johnson James, Esq. be admitted *pro hac vice* in the above case as counsel with local counsel identified below.

UMG RECORDINGS, INC., incorrectly sued as Universal Music Group, Inc., and CASABLANCA RECORDS LLC, incorrectly sued as Casablanca Records,

/s/ Martha A. Holt

Martha A. Holt (#6873)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (*fax*)
mholt@eapdlaw.com

Dated: November 14, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSSION**

I, Elaine Johnson James, hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Florida and of the following federal court bars: the Southern District of Florida, the Eastern District of Pennsylvania, the United States Courts of Appeals for the Third Circuit and Eleventh Circuit, and the United States Supreme Court. My eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Elaine Johnson James (Fla. Bar No. 791709)
EDWARDS ANGELL PALMER & DODGE, LLP
One North Clematis Street, Suite 400
West Palm Beach, FL 33401
(561) 833-7700
(561) 655-8719 (*fax*)
ejames@eapdlaw.com

I, Martha A. Holt, certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Martha A. Holt (#6873)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (*fax*)
mholt@eapdlaw.com

---

**ORDER**

This motion is hereby: ______________________________.

______________________________
District Judge

Date: ______________________

**Certificate of Service**

I hereby certify that the enclosed Motion for Admission Pro Hoc Vice was filed electronically on this 14th day of November, 2007, and is available for viewing and downloading to the ECF registered counsels of record:

Louise Herman, Esq.
129 Dyer Street
Providence, RI 02903
lhermanlaw@verizon.net

J. Scott Kilpatrick, Esq.
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place – Suite 1313
Providence, RI 02903
jskilpatrick@cck-law.com

I further certify that a copy of the within motion was mailed on said date to:

L. Peter Parcher, Esq.
Kimo S. Peluso, Esq.
Mannat, Phelps & Phillips, LLP
7 Times Square
New York, NY 10036

Jonathan D. Davis, Esq.
Jonathan D. Davis P.C.
99 Park Avenue – Suite 1600
New York, NY 10016

/s/ Martha A. Holt

Martha A. Holt (#6873)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (*fax*)
mholt@eapdlaw.com