Dated: Providence, Rhode Island
November 15, 2007

Attorney for Plaintiff, Richard Sostre

/s/ Louise A. Herman

Louise A. Herman (#6430)
Law Office of Louise A. Herman
129 Dyer Street
Providence, RI 02903
(401) 277-4110
(401) 421-0964 Facsimile
lahermanlaw@verizon.net

Attorneys for Defendants Anthony Ryan Leslie, Nextselection, Inc. d/b/a Nextselection Lifestyle Group, Inc., Nextselection Music Publishing, Inc and Ed Woods

/s/ J. Scott Kilpatrick

J. Scott Kilpatrick, Esq. (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185
jskilpatrick@cck-law.com

**Certificate of Service**

I, the undersigned, hereby certify that on the 15th day of November, 2007, I electronically filed the within Stipulation with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participants have received notice electronically: Louise Herman, Esq., 129 Dyer Street, Providence, RI 02903, and Martha A. Holt, Esq., Edwards Angell Palmer & Dodge LLP, 2800 Financial Plaza, Providence, RI 02903. A copy of the within Stipulation was mailed on said date to L. Peter Parcher, Esq., Kimo S. Peluso, Esq., Manatt, Phelps & Phillips, LLP, 7 Times Square, New York, NY 10036, Jonathan D. Davis, Esq., Jonathan D. Davis, P.,C., 99 Park Avenue - Suite 1600, New York, NY 10016 and Elaine Johnson James, Esq., One North Clematis Street - Suite 400, West Palm Beach, FL 33401.

/s/ J. Scott Kilpatrick

J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile
jskilpatrick@cck-law.com