UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Richard Sostre,<br><br>Plaintiff<br><br>vs.<br><br>ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,<br><br>Defendants | : | CA #07-289ML |

**STIPULATION**

It is hereby agreed by and among the parties represented by the undersigned counsel that the time to answer or other respond to Plaintiff's Complaint for Defendants Anthony Ryan Leslie, individually and in his official capacity, NextSelection, Inc. d/b/a Nextselection Lifestyle Group, Nextselection Music Publishing, Inc., Ed Woods, individually and in his official capacity, is extended up to and including November 20, 2007. It is further agreed that the aforementioned Defendants, by this Stipulation, do not waive any defenses including those related to personal jurisdiction and venue.

Dated: Providence, Rhode Island
November 15, 2007

Attorney for Plaintiff, Richard Sostre

/s/ Louise A. Herman
Louise A. Herman (#6430)
Law Office of Louise A. Herman
129 Dyer Street
Providence, RI 02903
(401) 277-4110
(401) 421-0964 Facsimile
lahermanlaw@verizon.net

Attorneys for Defendants Anthony Ryan Leslie, Nextselection, Inc. d/b/a Nextselection Lifestyle Group, Inc., Nextselection Music Publishing, Inc and Ed Woods

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick, Esq. (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185
jskilpatrick@cck-law.com

## Certificate of Service

I, the undersigned, hereby certify that on the 15th day of November, 2007, I electronically filed the within Stipulation with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participants have received notice electronically: Louise Herman, Esq., 129 Dyer Street, Providence, RI 02903, and Martha A. Holt, Esq., Edwards Angell Palmer & Dodge LLP, 2800 Financial Plaza, Providence, RI 02903. A copy of the within Stipulation was mailed on said date to L. Peter Parcher, Esq., Kimo S. Peluso, Esq., Manatt, Phelps & Phillips, LLP, 7 Times Square, New York, NY 10036, Jonathan D. Davis, Esq., Jonathan D. Davis, P.,C., 99 Park Avenue - Suite 1600, New York, NY 10016 and Elaine Johnson James, Esq., One North Clematis Street - Suite 400, West Palm Beach, FL 33401.

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile
jskilpatrick@cck-law.com