UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RICHARD SOSTRE

v. CA 07-289 ML

ANTHONY RYAN LESLIE, et al.

ORDER

This matter is before the Court on two Reports and Recommendation issued by Magistrate Judge Almond on January 4, 2008. In one, docket entry #27, Magistrate Judge Almond recommends that the Motion to Dismiss filed by Defendants The Mottola Company, Inc., Champion Entertainment Group, Inc., and Thomas Mottola (the "Mottola Defendants") be granted. In the other Report and Recommendation, docket entry #28, Magistrate Judge Almond recommends that the Motion to Dismiss filed by Defendants Bad Boy Entertainment, Inc., Sean Combs, Warner Music Group Corp. and Gwen Niles (the "Bad Boy Defendants") also be granted. No party has filed an objection to either Report and Recommendation.

This Court has reviewed the Reports and Recommendation and agrees with Magistrate Judge Almond's conclusions. Accordingly, the Motions to Dismiss filed by

the Mottola Defendants and the Bad Boy Defendants are hereby GRANTED.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
Chief United States District Judge
January 28, 2008