UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD SOSTRE,

*Plaintiff,*

v.

ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,

*Defendants*.

C.A. No. 07-289ML

**ENTRY OF APPEARANCE**

I hereby enter my appearance as co-counsel on behalf of defendant UMG Recordings, Inc. (incorrectly sued herein as Universal Music Group, Inc.) and Casablanca Records LLC (incorrectly sued herein as Casablanca Records).

/s/ Darlene K. Alt
Darlene K. Alt (#6345)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
dalt@eapdlaw.com

February 18, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of February, 2008, I caused a copy of the within Entry of Appearance to be sent by electronic means (ECF) to the following counsel of record:

Louise Herman, Esq.
lhermanlaw@verizon.net

J. Scott Kilpatrick, Esq.
jskilpatrick@cck-law.com

/s/ Darlene K. Alt