UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Richard Sostre,<br><br>Plaintiff<br><br>vs.<br><br>ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,<br><br>Defendants | : | CA #07-289ML |

**STIPULATION TO EXTEND TIME**
**TO ANSWER DISCOVERY**

It is hereby agreed that the Defendant, Anthony Ryan Leslie's time to respond to Plaintiff's First Request for Production of Documents and answer Plaintiff's First Set of Interrogatories is extended thirty (30) days, i.e. on or before May 5, 2008.

Attorney for Plaintiff, Richard Sostre

/s/ Louise A. Herman
Louise A. Herman, Esq. (#6430)
Law Office of Louise A. Herman
129 Dyer Street
Providence, RI 02903
(401) 277-4110
(401) 421-0964 Facsimile
lahermanlaw@verizon.net

Attorney for Defendant, Anthony Ryan Leslie

/s/ J Scott Kilpatrick
J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile
jskilpatrick@cck-law.com

**Certificate of Service**

I, the undersigned, hereby certify that on the 19th day of March, 2008, I electronically filed the within Stipulation with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participants have received notice electronically:

Louise A. Herman at lahermanlaw.@verizon.net;
Martha A. Holt at mholt@eapdlaw.com
Darlene K. Alt at dalt@eapdlaw.com
Jonathan D. Davis at jdd@ddavispc.com
Kimo S. Peluso at kpeluso@manatt.com

A copy of the within was mailed on said date to Elaine Johnson James, Edwards, Angell Palmer & Dodge, One North Clematis Street, Suite 400, West Palm Beach, FL 33401.

/s/ J Scott Kilpatrick
J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile
jskilpatrick@cck-law.com