UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD SOSTRE,<br>Plaintiffs,<br><br>v.<br><br>ANTHONY RYAN LESLIE, et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-289 |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Richard Sostre, by his attorney, and defendant UMG Recordings, Inc. (incorrectly sued herein as Universal Music Group, Inc.) and Casablanca Records LLC (incorrectly sued herein as Casablanca Records), by their attorney, stipulate and agree that the above-captioned action be dismissed without prejudice and without right of appeal, each party to bear its own attorneys' fees and costs.

RICHARD SOSTRE,

By his Attorney,

/s/ Louise A. Herman

Louise A. Herman (#6430)
129 Dyer Street
Providence, RI 02903
Telephone (401) 277-4110
Fax (401) 421-0964
lahermanlaw@verizon.net

UMG RECORDINGS, INC., incorrectly sued as Universal Music Group, Inc., and CASABLANCA RECORDS LLC, incorrectly sued as Casablanca Records,

By their Attorney,

/s/ Martha A. Holt

Martha A. Holt (#6873)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Telephone (401) 274-9200
Fax (401) 276-6611
mholt@eapdlaw.com

**CERTIFICATION**

I hereby certify that this document has been filed electronically on this 18th day of April, 2008, and is available for viewing and downloading to the ECF registered counsels of record:

VIA Electronic Service/ECF:

| | |
|---|---|
| Louise A. Herman | J. Scott Kilpatrick, Esq. |
| lahermanlaw@verizon.net | jskilpatrick@cck-law.com |

_____/s/ Martha A. Holt_______