UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICHARD SOSTRE,<br>Plaintiff,<br>v.<br><br>ANTHONY RYAN LESLIE, ET AL.,<br>Defendants. | C.A. No. 07-289ML |

**JOINT MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE**

The parties in this matter hereby jointly request postponement of the settlement conference scheduled for May 5, 2008 at 2:00 p.m. The parties are actively engaged in exchange of documents and as such request that this Court reschedule the settlement conference to a date after May 19, 2008.

| | |
|---|---|
| Plaintiff,<br>By his attorney, | Defendants,<br>By their attorney, |
| /s/ Louise A. Herman<br>Louise A. Herman, (#6430)<br>129 Dyer Street<br>Providence, RI 02903<br>401-277-4110<br>401-421-0964 (fax) | /s/ J. Scott Kilpatrick<br>J. Scott Kilpatrick, (#4036)<br>Chisholm Chisholm & Kilpatrick LLP<br>One Turks Head Place, St. 1313<br>Providence, RI 02903<br>401-421-6300<br>401-421-3185 (fax) |
| Dated: April 28, 2008 | Dated: April 28, 2008 |