**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RICHARD SOSTRE,**
**Plaintiff**

**v.**

**ANTHONY RYAN LESLIE, individually and in his official capacity; BAD BOY ENTERTAINMENT, INC.; WARNER MUSIC GROUP, INC.; CASABLANCA RECORDS; THE MOTTOLA COMPANY, INC.; UNIVERSAL MUSIC GROUP, INC.; CHAMPION ENTERTAINMENT GROUP, INC.; NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individual and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,**
**Defendants**

**C.A. No. 07-289ML**

**PLAINTIFF'S MOTION FOR ORDER COMPELLING DEFENDANT ANTHONY RYAN LESLIE TO PROVIDE RULE 26 DISCLOSURES, ANSWERS TO INTERROGATORIES, AND RESPONSES TO REQUEST FOR PRODUCTION**

Now comes Plaintiff, Richard Sostre, by and through his attorney, pursuant to Fed.R.Civ.P. 37(a), and moves this Court for an order compelling Defendant, Anthony Ryan Leslie, to: (1) provide his Rule 26 disclosures; (2) answer Plaintiff's First Set of Interrogatories; and (3) respond to Plaintiff's Request for Production of Documents. Both of Plaintiff's discovery requests were mailed to Defendant's counsel on February 25, 2008.

On March 19, 2008, Plaintiff granted Defendant's counsel's request for a 30-day extension of time respond to the discovery requests and provide disclosures to May 5, 2008. As of the date of this Motion, Defendant has failed to provide Plaintiff with his

disclosures pursuant to Rule 26, answers to interrogatories pursuant to Rule 33, and responses to production pursuant to Rule 34.

Plaintiff's counsel certifies that in accordance with Fed.R.Civ.P. 37(a)(2)(A), attempts were made to confer with Defendant's counsel to secure compliance.

Respectfully Submitted,
Plaintiff,
Richard Sostre,
By His Attorney,
LAW OFFICE OF LOUISE A. HERMAN,

/s/ Louise A. Herman
Louise A. Herman (#6430)
129 Dyer Street
Providence, RI 02903
(401) 277-4110
(401) 621-0964 (fax)
lahermanlaw@verizon.net

**CERTIFICATION**

I hereby certify that on the 14th day of May, 2008, I electronically filed the within "Plaintiff's Motion for Order Compelling Defendant Anthony Ryan Leslie to Provide Rule 26 Disclosures, Answers to Interrogatories and Responses to Request for Production" with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

J. Scott Kilpatrick, Esq.
Chisholm Chisholm & Kilpatrick, LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
jskilpatrick@cck-law.com