UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD SOSTRE,
Plaintiff,
v.

ANTHONY RYAN LESLIE, ET AL.,
Defendants.

C.A. No. 07-289ML

## JOINT MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE

The parties in this matter hereby jointly request postponement of the settlement conference scheduled for June 10, 2008 at 2:00 p.m. The parties are still involved in discovery and believe that further progress with discovery would increase the likelihood of a resolution of the case via Settlement Conference. The parties request that the Court postpone the settlement conference for at least thirty (30) days or until such time after Plaintiff receives the Rule 26 disclosures and the outstanding discovery.

Plaintiff,
By his attorney,

/s/ Louise A. Herman
Louise A. Herman, (#6430)
129 Dyer Street
Providence, RI 02903
401-277-4110
401-421-0964 (fax)

Dated: May 22, 2008

Defendants,
By their attorney,

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick, (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, St. 1313
Providence, RI 02903
401-421-6300
401-421-3185 (fax)

Dated: May 22, 2008