UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Richard Sostre,<br><br>Plaintiff<br><br>vs.<br><br>ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,<br><br>Defendants | : | CA #07-289ML |

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**

Now comes the Defendant, Anthony Ryan Leslie in the above matter and moves to extend the time to respond to Plaintiff's Motion for an Order Compelling Defendant Anthony Ryan Leslie to provide Rule 26 Disclosures, Answers to Interrogatories and Responses to Request for Production by ten (10) days, until June 12, 2008. In support of this motion, Defendant states that he anticipates completing the discovery prior to the ten (10) day extension.

Counsel for the plaintiff does not object to this late filing.

Defendant, Anthony Ryan Leslie
By his attorney,

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile
jskilpatrick@cck-law.com

Assented to:

Plaintiff, Richard Sostre

/s/ Louise A. Herman
Louise A. Herman, Esq. (#6430)
Law Office of Louise A. Herman
129 Dyer Street
Providence, RI 02903
(401) 277-4110
(401) 421-0964 Facsimile
lahermanlaw@verizon.net

**Certificate of Service**

I, the undersigned, hereby certify that on the 30thday of May, 2008, I electronically filed the within Stipulation with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participants have received notice electronically: Louise Herman, Esq., 129 Dyer Street, Providence, RI 02903.

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile
jskilpatrick@cck-law.com