UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Richard Sostre,<br><br>Plaintiff | : | |
| vs. | : | CA #07-289ML |
| ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,<br><br>Defendants | : | |

**ASSENTED TO ORDER**

Now comes the Plaintiff, Richard Sostre and Defendant, Anthony Ryan Leslie in the above matter and hereby assents to the following Order and respectfully request that the Court enter the same:

1. The Defendant Anthony Ryan Leslie shall provide responses to Rule 26 Disclosures, Answers to Interrogatories and Responses to Request for Production, preserving his objection, within twenty (20) days, i.e. on or before July 2, 2008.

ENTERED as an Order of Court this 16th day of June, 2008.

PER ORDER: ENTER:

Mary M. Lisi US DJ

Clerk

Defendant, Anthony Ryan Leslie
By his attorney,

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile
jskilpatrick@cck-law.com

Plaintiff, Richard Sostre

/s/ Louise A. Herman
Louise A. Herman, Esq. (#6430)
Law Office of Louise A. Herman
129 Dyer Street
Providence, RI 02903
(401) 277-4110
(401) 421-0964 Facsimile
lahermanlaw@verizon.net

**Certificate of Service**

I, the undersigned, hereby certify that on the 16th day of June, 2008, I electronically filed the within with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participants have received notice electronically: Louise Herman, Esq., 129 Dyer Street, Providence, RI 02903.

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile
jskilpatrick@cck-law.com