UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Richard Sostre,

Plaintiff

vs. : CA #07-289ML

ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,

Defendants

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR DISCOVERY DEADLINES**

Now comes the Plaintiff, Richard Sostre, in the above-cited matter and does hereby request that the Court extend the time for discovery deadlines for six (6) months and as grounds therefore and in support thereof relies on his Memorandum of Law filed simultaneously herewith.

**WHEREFORE**, the Plaintiff respectfully prays that the discovery deadlines be extended.

Respectfully Submitted,
Plaintiff,

Richard Sostre,
By His Attorney,
LAW OFFICE OF LOUISE A. HERMAN,

/s/ Louise A. Herman
Louise A. Herman (#6430)
129 Dyer Street
Providence, RI 02903
(401) 277-4110
(401) 621-0964 (fax)
lahermanlaw@verizon.net

CERTIFICATION

I hereby certify that on the 22nd day of July 2008, I electronically filed the within "Motion for Extension of Time for Discovery Deadlines" with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

J. Scott Kilpatrick, Esq.
Chisholm Chisholm & Kilpatrick, LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
jskilpatrick@cck-law.com

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Richard Sostre,<br><br>Plaintiff<br><br>vs.<br><br>ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,<br><br>Defendants | CA #07-289ML |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR DISCOVERY DEADLINES**

Now comes the Plaintiff and in support of his Motion for Extension of Time for Discovery Deadlines, states the present deadlines are as follows:

(I) August 29, 2008 - Discovery closes; and

(ii) September 11, 1008 - Dispositive motions are to be filed;

(iii) September 29, 2008 - all pretrial memorandum and other items required in paragraphs 1 (a) to 3 of Pre-Trial Order shall be filed.

Due to Defendants' dilatory tactics in refusing to provide Plaintiff with Rule 26 Disclosures together with Defendant Leslie's refusal to provide Plaintiff with any discovery responses in violation of a Court Order to do so, as specifically discussed in Plaintiff's Motion for Default filed simultaneously with this Court, Plaintiff is in need of further extension in order to undertake and complete all discovery. Under the circumstances, Plaintiff requests that an additional six (6) months be added to the Scheduling Order. Plaintiff requests that the following dates be set:

March 2, 2009 - Discovery closes; and

March 11, 2009 - Dispositive motions are to be filed;

Counsel shall file electronically, 30 days after a decision on any dispositive motion, or if no dispositive motions are filed, by March 30, 2009 a memorandum which shall contain the information set forth in the Pre-Trial Order filed February 19, 2008.

Respectfully Submitted,
Plaintiff,
Richard Sostre,
By His Attorney,
LAW OFFICE OF LOUISE A. HERMAN,

/s/ Louise A. Herman
Louise A. Herman (#6430)
129 Dyer Street
Providence, RI 02903
(401) 277-4110
(401) 621-0964 (fax)
lahermanlaw@verizon.net

CERTIFICATION

I hereby certify that on the 22nd day of July 2008, I electronically filed the within "Memorandum in Support of Plaintiff's Motion for Extension of Time for Discovery Deadlines" with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

J. Scott Kilpatrick, Esq.
Chisholm Chisholm & Kilpatrick, LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
jskilpatrick@cck-law.com