UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Richard Sostre,<br><br>Plaintiff<br><br>vs.<br><br>ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,<br><br>Defendants | : | CA #07-289ML |

**DEFENDANT ANTHONY RYAN LESLIE'S OBJECTION TO PLAINTIFF'S MOTION OF DEFAULT**

Now comes the Defendant, Anthony Ryan Leslie, and objects to Plaintiff's Motion for final judgment by default. The Order referenced in the Plaintiff's Motion was an Order entered by consent of the parties. Non-fulfillment of the Defendant's obligations under the Order is not due to bad faith, but merely due to work and scheduling difficulties arising over the Summer months with client and counsel. Defendant Leslie intends to comply with the consent Order

within ten (10) days, and asks that the Motion seeking the ultimate extreme relief of default be denied or, alternatively, not be scheduled for hearing for ten (10) days to allow further opportunity for Defendant to provide Plaintiff with discovery.

Respectfully submitted
Defendant, Anthony Ryan Leslie
By his Attorneys

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that I delivered the above via the Court Electronic Filing System on the 8th day of August, 2008 to Louise Herman, Esq., 129 Dyer Street, Providence, RI 02903, and other registered counsel of record in the above matter.

/s/ J. Scott Kilpatrick

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Richard Sostre,<br>Plaintiff | : | |
| vs. | : | CA #07-289ML |
| ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity,<br>Defendants | : | |

**<u>DEFENDANT ANTHONY RYAN LESLIE'S MEMORANDUM IN SUPPORT OF OBJECTION TO PLAINTIFF'S MOTION OF DEFAULT</u>**

Now comes the Defendant, Anthony Ryan Leslie, and states the following in support of his objection to the Motion to Default.

Plaintiff's initial action was brought against more than a dozen defendants, including large corporations, such as Universal Music Group, Inc., and prominent figures in the entertainment business, such as Thomas Mottola and Sean Combs. For a substantial period the progress of the case was focused on whether those parties were properly before the Court, and the Court ultimately dismissed the claims against Mottola and Combs, and related defendants.

Subsequently, Plaintiff voluntarily dismissed the claims against all remaining defendants, except Mr. Leslie, and related entities.

Contrary to Plaintiff's assertions, Mr. Leslie does intend to produce substantial and material items and information in discovery, subject to appropriate proprietary and confidentiality protections. Though it is no fault of the Plaintiff's, the delay in providing materials and information has resulted largely from scheduling conflicts among counsel and client, as well as intervening personal and professional matters. Much of Mr. Leslie's business is conducted while traveling, and much of the traveling is abroad. The delay is not due to bad faith or an unwillingness to engage in discovery. The defendant Leslie, with counsel, is actively working on discovery responses and will provide the same prior to the expected date for the hearing on the Plaintiff's motion, within ten (10) days. In the meantime, in fairness and to avoid any prejudice to the Plaintiff, Defendant has not filed an opposition and does not object to Plaintiff's Motion to Extend Deadlines.

For the above reasons, the Defendant respectfully requests the that the Motion be denied or, alternatively, that it not be scheduled for hearing until such time as Defendant may provided responses within the next ten (10) days.

Respectfully submitted
Defendant, Anthony Ryan Leslie
By his Attorneys

/s/ J. Scott Kilpatrick

J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that I delivered the above via the Court Electronic Filing System on the 8th day of August, 2008 to Louise Herman, Esq., 129 Dyer Street, Providence, RI 02903, and other registered counsel of record in the above matter.

/s/ J. Scott Kilpatrick