UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RICHARD SOSTRE, :
:
Plaintiff :
:
Vs : CA #07-289ML
:
ANTHONY RYAN LESLIE, individually and in his official capacity, BAD BOY ENTERTAINMENT, INC., WARNER MUSIC GROUP CORP., UNIVERSAL MUSIC GROUP, INC., CASABLANCA RECORDS, THE MOTTOLA COMPANY, INC., CHAMPION ENTERTAINMENT GROUP, INC., NEXTSELECTION, INC. d/b/a NEXTSELECTION LIFESTYLE GROUP, NEXTSELECTION MUSIC PUBLISHING, INC., ED WOODS, individually and in his official capacity, GWEN NILES, individually and in her official capacity, THOMAS MOTTOLA, individually and in his official capacity, and SEAN COMBS, individually and in his official capacity, :
:
Defendants

**STIPULATED PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, plaintiff Richard Sostre ("Plaintiff") and defendants Anthony Ryan Leslie, Nextselection, Inc. and Nextselection Music Publishing, Inc. ("Defendants") (jointly "the Parties") stipulate to, and request the Court to enter, the following Protective Order.

1. The Plaintiff and Defendant entered into Personal Management Agreement on or about September 1, 2000.

2. The Plaintiff has requested of the Defendant certain documents including, *inter alia*, documents regarding Defendant's business relationships, income and work from the date of the September 1, 2000 agreement to the present.

3. Defendant objects to providing information after twelve months following September 1, 2001, pursuant to a clause in the agreement that allegedly caused the agreement to terminate September 1, 2001.

4. In order to avoid the inconvenience, delay, expense, and risk of unfavorable rulings associated with motion practice, the parties have agreed that Defendant shall produce certain documents, including Documents Bates stamped Leslie-CONFIDENTIAL 000001-000~~455~~ 463 and such additional documents relating to the period September 1, 2001 to the present (the "Confidential Documents") subject to the terms, conditions and limitations set forth in this Order. Such documents to be clearly labeled "Leslie-CONFIDENTIAL" (with sequential bates numbering).

6. Copies of the Confidential Documents shall be delivered forthwith to Plaintiff's counsel of record Louise Herman, Esq. upon uploading this Motion into the Court's ECF system.

7. Within thirty (30) days of the entry of a final judgment in this case, either by settlement or by an order of the District Court, the Court of Appeals or the United States Supreme Court, all copies of any of the Confidential Documents shall be returned to counsel for Defendants, and any digitalized copies shall be deleted.

8. The Confidential Documents shall not be disclosed, given, shown, made available, or communicated in any way to anyone other than:

a. Plaintiff's counsel of record, including employees of Plaintiff's counsel;

b. Plaintiff, Richard Sostre; and

c. Consultants or experts employed by the Plaintiff for the sole purpose of assisting in the preparation and trial of this litigation.

9. Anyone with whom the Confidential Documents or their content is shared in accordance with this Order, shall be provided a copy of this Order and shall agree, in writing to be bound by this Order.

~~10. None of the Confidential Documents shall be photocopied, scanned, faxed or reproduced in any way by Plaintiff, Plaintiff's counsel, or anyone acting on their behalf.~~ JSK LM

11. The parties' agreement to the filing of this Stipulated Protective Order shall, in and of itself constitute an agreement to be bound by its terms regardless of whether the Order is entered by the Court. The purpose and consideration for this term is to permit Plaintiff to receive the Confidential Documents forthwith, prior to entry of an Order.

12. The parties may modify the provisions of this Stipulated Order at any time by written agreement, or by order of the Court.

Assented To:

Attorney for Plaintiff,
Richard Sostre

/s/ Louise A. Herman
Louise A. Herman, Esq. (#6430)
Law Office of Louise A. Herman
129 Dyer Street
Providence, RI 02903
(401) 277-4110
(401) 421-0964 Facsimile
lahermanlaw@verizon.net

Attorney for Defendant,
Anthony Ryan Leslie

/s/ J Scott Kilpatrick
J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile
jskilpatrick@cck-law.com

**SO ORDERED:**

Date: 9/16/08

~~Mary M. Lisi, Chief Judge~~ USMJ
LINCOLN D. ALMOND, USMJ